# EXHIBIT C

| Supreme Court of Pennsylvania |  | Allocatur Docket Sheet |
|---|---|---|
| | | Docket Number: 259 WAL 2021 |
| | | Page 1 of 3 |
| | | February 14, 2023 |

## CAPTION

Christine Biros, an individual, Respondent

v.

U Lock Inc., a Pennsylvania Corporation, Petitioner

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Initiating Document: | Petition for Allowance of Appeal | | |
| Case Status: | Active | | |
| Journal Number: | | | |
| Case Category: | Civil | Case Type(s): | Declaratory Judgment |
| | | | Equity |
| | | | Quiet Title |
| | | | Real Property |

## CONSOLIDATED CASES

## RELATED CASES

## COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| Attorney: | Roth, John Allen | | |
| Address: | 805 S Alexandria | | |
| | Latrobe, PA 15650 | | |
| Phone No: | (724) 537-0939 | | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes | Email: | |
| Representing: | U Lock Inc., Petitioner | | |
| Pro Se: | No | | |
| IFP Status: | | | |
| Attorney: | Otto, William E. | | |
| | Law Firm of William E. Otto, Esq. | | |
| Address: | Po Box 701 | | |
| | Murrysville, PA 15668 | | |
| Phone No: | (724) 519-8778 | | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes | Email: | |
| Representing: | Biros, Christine, Respondent | | |
| Pro Se: | No | | |
| IFP Status: | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

| Supreme Court of Pennsylvania |  | Allocatur Docket Sheet |
|---|---|---|
| | | Docket Number:  259 WAL 2021 |
| | | Page 2 of 3 |
| | | February 14, 2023 |

## SUPREME COURT INFORMATION

Appeal From:
Appeal Filed Below:

| | | | |
|---|---|---|---|
| Probable Jurisdiction Noted: | | Docketed Date: | August 27, 2021 |
| Allocatur/Miscellaneous Granted: | | Allocatur/Miscellaneous Docket No.: | |
| Allocatur/Miscellaneous Grant Order: | | | |

## FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 08/27/2021 | Petition for Allowance of Appeal Filed | 90.25 | 08/27/2021 | 2021-SUP-W-002013 | 90.25 |

## INTERMEDIATE APPELLATE COURT INFORMATION

| | | | |
|---|---|---|---|
| Court Name: | Superior | Docket Number: | 1841 WDA 2019 |
| Date of Order: | May 21, 2021 | Rearg/Recon Disp Date: | July 28, 2021 |
| | | Rearg/Recon Disposition: | Denied. |
| Judge(s): | Shogan, Jacqueline O. | | |
| | Stabile, Victor P. | | |
| | King, Megan | | |
| Intermediate Appellate Court Action: | Affirmed. | | |
| Referring Court: | | | |

## AGENCY/TRIAL COURT INFORMATION

| | | | |
|---|---|---|---|
| Court Below: | Westmoreland County Court of Common Pleas | | |
| County: | Westmoreland | Division: | Westmoreland County Civil Division |
| Date of Agency/Trial Court Order: | January 6, 2020 | | |
| Docket Number: | 17 CJ 04886 | | |
| Judge(s): | Smail, Harry F. | OTN: | |
| Order Type: | Judgment | | |

## ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content/Description |
|---|---|---|
| | | |

**Record Remittal:**

## DISPOSITION INFORMATION

| | | | |
|---|---|---|---|
| Related Journal No: | | Judgment Date: | |
| Category: | Decided | Disposition Author: | Per Curiam |
| Disposition: | Order Denying Petition for Allowance of Appeal | Disposition Date: | January 19, 2022 |
| Dispositional Filing: | | Author: | |
| Filed Date: | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

Supreme Court of Pennsylvania  Allocatur Docket Sheet

Docket Number: 259 WAL 2021

Page 3 of 3

February 14, 2023

### DISPOSITION INFORMATION

### DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **August 27, 2021** | **Petition for Allowance of Appeal** | Petitioner | U Lock Inc. |
| **August 27, 2021** | **Reproduced Record** | Petitioner | U Lock Inc. |
| **September 8, 2021** | **Answer to Petition for Allowance of Appeal** | Respondent | Biros, Christine |
| **January 19, 2022** | **Order Denying Petition for Allowance of Appeal** | | Per Curiam |

Comments:
AND NOW, this 19th day of January, 2022, the Petition for Allowance of Appeal is DENIED.

| | | | |
|---|---|---|---|
| **January 19, 2022** | **Order Exited** | | Office of the Prothonotary |
| **February 2, 2022** | **Application Pursuant to Pa.R.A.P. 2572(c) to Stay Remand of Record Pending US Supreme Court Review** | Petitioner | U Lock Inc. |
| **February 15, 2022** | **Answer to Application to Stay Remand and Application for Appropriate Security** | Respondent | Biros, Christine |
| **March 16, 2022** | **Order Granting Stay of Remand of Record Pending US Supreme Court Review** | | Per Curiam |

Comments:
AND NOW, this 16th day of March, 2022, the Application to Stay Remand of Record Pending United States Supreme Court Review is GRANTED.  Additionally, in accordance with Pa.R.A.P. 2572(d), Petitioner is hereby instructed to pay all accrued and unpaid real estate taxes and to keep such taxes current during the pendency of its occupancy of the Property.

| | | | |
|---|---|---|---|
| **March 16, 2022** | **Order Exited** | | Office of the Prothonotary |
| **May 11, 2022** | **Bankruptcy Notice - Action Stayed** | | Supreme Court of Pennsylvania |

### CROSS COURT ACTIONS

Docket Number: 1841 WDA 2019

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.