# EXHIBIT D

**Appeal Docket Sheet**                         **Superior Court of Pennsylvania**

**Docket Number: 1841 WDA 2019**

Page 1 of 7

February 14, 2023



## CAPTION

Christine Biros, an individual
         v.
U Lock Inc., a Pennsylvania Corporation
    Appellant

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Initiating Document: | Notice of Appeal | | |
| Case Status: | Decided/Active | | |
| Case Processing Status: | August 27, 2021 | Awaiting Supreme Court Decision | |
| Journal Number: | J-S43016-20 | | |
| Case Category: | Civil | Case Type(s): | Declaratory Judgment |

## CONSOLIDATED CASES            RELATED CASES

## SCHEDULED EVENT

Next Event Type: Record Remitted           Next Event Due Date: June 21, 2021
Next Event Type: Record Remitted           Next Event Due Date: August 27, 2021

## COUNSEL INFORMATION

**Appellant**    **U Lock Inc.**
Pro Se:    No
IFP Status:    No

| | |
|---|---|
| Attorney: | Roth, John Allen |
| Law Firm: | J Allen Roth Esquire |
| Address: | 757 Lloyd Ave Ste B |
| | Latrobe, PA 15650-2648 |
| Phone No: | (724) 537-0939     Fax No: |

**Appellee**    **Biros, Christine**
Pro Se:    No
IFP Status:

| | |
|---|---|
| Attorney: | Otto, William E. |
| Law Firm: | Law Firm of William E. Otto, Esq. |
| Address: | Po Box 701 |
| | Murrysville, PA 15668 |
| Phone No: | (724) 519-8778     Fax No: |

## FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 12/17/2019 | Notice of Appeal | 90.25 | 12/17/2019 | 2019-SPR-W-001013 | 90.25 |
| 05/06/2020 | 2nd Motion for Extension of Time | 10.00 | 05/06/2020 | 2020-SPR-W-000260 | 10.00 |
| 06/02/2020 | 3rd Motion for Extension of Time | 25.00 | 06/02/2020 | 2020-SPR-W-000303 | 25.00 |
| 06/04/2021 | Petition for Reargument | 15.00 | 06/07/2021 | 2021-SPR-W-000369 | 15.00 |

**Appeal Docket Sheet**  **Superior Court of Pennsylvania**

**Docket Number: 1841 WDA 2019**

Page 2 of 7

February 14, 2023



### AGENCY/TRIAL COURT INFORMATION

| | | | |
|---|---|---|---|
| Order Appealed From: | January 6, 2020 | Notice of Appeal Filed: | December 13, 2019 |
| Order Type: | Judgment Entered | | |
| Documents Received: | December 17, 2019 | | |

| | | | |
|---|---|---|---|
| Court Below: | Westmoreland County Court of Common Pleas | | |
| County: | Westmoreland | Division: | Westmoreland County Civil Division |
| Judge: | Smail, Harry F. | OTN: | |
| Docket Number: | 17 CJ 04886 | Judicial District: | 10 |

### ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content Description |
|---|---|---|
| Transcript(s) | | 1 |
| Exhibit(s) | | 1 Envelope |
| Original Record | February 10, 2020 | 3 Parts |

    **Comment:** DO NOT REMIT UNTIL THE APPEALS AT 607, 615, 617, AND 650 WDA 2022 ARE COMPLETE.

| | | |
|---|---|---|
| Trial Court Opinion | February 10, 2020 | |

**Date of Remand of Record:**

### BRIEFING SCHEDULE

**Appellant**  
  U Lock Inc.  
    **Brief**

| | |
|---|---|
| Due: June 2, 2020 | Filed: June 2, 2020 |

    **Reply Brief**

| | |
|---|---|
| Due: August 31, 2020 | Filed: August 31, 2020 |

    **Reproduced Record**

| | |
|---|---|
| Due: June 2, 2020 | Filed: May 30, 2020 |

**Appellee**  
  Biros, Christine  
    **Brief**

| | |
|---|---|
| Due: August 3, 2020 | Filed: July 31, 2020 |

### DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **December 17, 2019** | Notice of Appeal Docketed | Appellant | U Lock Inc. |
| **December 18, 2019** | Docketing Statement Exited (Civil) | | Superior Court of Pennsylvania |
| **January 2, 2020** | Docketing Statement Received (Civil) | Appellant | U Lock Inc. |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

**Appeal Docket Sheet**      **Superior Court of Pennsylvania**

**Docket Number: 1841 WDA 2019**

Page 3 of 7

February 14, 2023



| | **DOCKET ENTRY** | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| **January 3, 2020** | Order - Rule to Show Cause | | Per Curiam |
| | Comment: Review of this matter indicates that no judgment has been entered on the trial court docket as required by Pa.R.A.P. 301. See Brown v. Philadelphia College of Osteopathic Medicine, 760 A.2d 863 (Pa. Super. 2000) (appeal does not properly lie from order denying post-trial motions, but rather upon judgment entered following disposition of post-trial motions). Pursuant to this Court's policy, Appellant is directed to praecipe the trial court Prothonotary to enter judgment on the decision of the trial court. Appellant is further directed to file with the Prothonotary of the Superior Court within ten (10) days of the date of this Order a certified copy of the trial court docket reflecting the entry of the judgment. Upon compliance with Pa.R.A.P. 301, the notice of appeal previously filed in this case will be treated as filed after the entry of judgment. See Pa.R.A.P. 905(a). Please be aware that failure to comply with these directives may result in dismissal of this appeal without further notice. Johnston the Florist, Inc. v. Tedco Constr. Corp., 657 A.2d 511 (Pa. Super. 1995) (there is no authority for Superior Court to review the merits of an appeal in the face of a refusal by the parties to enter judgment). | | |
| **January 11, 2020** | Response to Rule to Show Cause | Appellant | U Lock Inc. |
| **January 13, 2020** | Order Discharging Rule to Show Cause | | Per Curiam |
| | Comment: The Court having received a response to the rule to show cause, the rule is discharged and the appeal shall proceed. This ruling, however, is not binding upon this Court as a final determination as to the propriety of the appeal. Counsel are advised that the issue may be revisited by the panel to be assigned to the case, and counsel should be prepared to address, in their briefs or at the time of oral argument, any concerns the panel may have concerning this issue. | | |
| **February 10, 2020** | Trial Court Record Received | | Westmoreland County Civil Division |
| **February 10, 2020** | Briefing Schedule Issued | | Superior Court of Pennsylvania |
| **February 10, 2020** | Trial Court Opinion Received | | Westmoreland County Civil Division |
| **March 19, 2020** | Application for Extension of Time to File Brief - First Request | Appellant | U Lock Inc. |
| **March 19, 2020** | Order Granting Application for Extension of Time to File Brief and Reproduced Record | | Per Curiam |
| **May 6, 2020** | Application for Extension of Time to File Brief - Second Request | Appellant | U Lock Inc. |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

**Appeal Docket Sheet**                                                                                **Superior Court of Pennsylvania**

**Docket Number:  1841 WDA 2019**

Page 4 of 7

February 14, 2023



| | **DOCKET ENTRY** | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| **May 6, 2020** | Order Granting Application for Extension of Time to File Brief and Reproduced Record | | Per Curiam |
| | Comment: Appellant's May 6, 2020 "Application for Extension of Time to File Brief - Second Request," is GRANTED ONLY TO THE EXTENT THAT Appellant's brief and reproduced record are now due in this Court on or before June 1, 2020. | | |
| **May 30, 2020** | Reproduced Record Filed | Appellant | U Lock Inc. |
| | Document Name: Vol 1 | | |
| **May 30, 2020** | Reproduced Record Filed | Appellant | U Lock Inc. |
| | Document Name: Vol 2 | | |
| **June 2, 2020** | Appellant's Brief Filed Late | Appellant | U Lock Inc. |
| | Comment: Brief timely filed, see order of court dated June 10, 2020. | | |
| **June 2, 2020** | Application for Extension of Time to File Brief - Third Request | Appellant | U Lock Inc. |
| **June 3, 2020** | Application to Dismiss | Appellee | Biros, Christine |
| **June 3, 2020** | Answer to Application to Dismiss | Appellant | U Lock Inc. |
| **June 8, 2020** | Paper Version of PACFiled Document Received | Appellant | U Lock Inc. |
| | Document Name: Appellant's Brief | | |
| **June 8, 2020** | Paper Version of PACFiled Document Received | Appellant | U Lock Inc. |
| | Document Name: Reproduced Record/ Vol I | | |
| **June 8, 2020** | Paper Version of PACFiled Document Received | Appellant | U Lock Inc. |
| | Document Name: Reproduced Record/ Vol II | | |
| **June 10, 2020** | Order Granting Application for Extension of Time to File Appellant Brief | | Per Curiam |
| | Comment: AND NOW, upon consideration of the June 2, 2020 "Motion for Nunc Pro Tunc Extension of Time to File Brief," docketed as an "Application for Extension of Time to File Brief - Third Request," the Application is GRANTED. The Prothonotary is DIRECTED to accept Appellant's brief as timely filed on June 2, 2020. | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

| | |
|---|---|
| **Appeal Docket Sheet** | **Superior Court of Pennsylvania** |

**Docket Number:** 1841 WDA 2019

Page 5 of 7

February 14, 2023



| | DOCKET ENTRY | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| **June 10, 2020** | Order | | Per Curiam |
| | Document Name: motion to dismiss | | |
| | Comment: The June 3, 2020 "Plaintiff- Appellee's Motion to Dismiss," docketed as an "Application to Dismiss," is DISMISSED as moot. (one order entered for two motions) | | |
| **June 10, 2020** | Reply Letter(s) Printed | | Superior Court of Pennsylvania |
| **June 25, 2020** | Application for Extension of Time to File Brief - First Request | Appellee | Biros, Christine |
| **June 26, 2020** | Order Granting Application for Extension of Time to File Appellee Brief | | Per Curiam |
| **July 14, 2020** | Auto Submit - Reply Late | | Superior Court of Pennsylvania |
| **July 31, 2020** | Appellee's Brief Filed | Appellee | Biros, Christine |
| **August 4, 2020** | Paper Version of PACFiled Document Received | Appellee | Biros, Christine |
| | Document Name: Appellee's Brief | | |
| **August 11, 2020** | Application for Extension of Time to File Reply Brief | Appellant | U Lock Inc. |
| **August 14, 2020** | Order Granting Application for Extension of Time to File Appellant Reply Brief | | Superior Court of Pennsylvania |
| | Comment: AND NOW, upon consideration of Appellant's August 11, 2020 "Motion for Extension of Time Until August 31, 2020, to File Reply Brief," docketed as an "Application for Extension of Time to File Reply Brief," the Application is GRANTED. Appellant's reply brief is now due on or before August 31, 2020. | | |
| **August 31, 2020** | Appellant's Reply Brief | Appellant | U Lock Inc. |
| **September 4, 2020** | Paper Version of PACFiled Document Received | Appellant | U Lock Inc. |
| | Document Name: reply brief | | |
| **September 9, 2020** | Submission Letter Sent | | Wagner, Bobbi Jo |
| **May 21, 2021** | Affirmed | | Stabile, Victor P. |
| **June 4, 2021** | Application for Reargument | Appellant | U Lock Inc. |
| **June 18, 2021** | Letter in Lieu of Answer to Petition/Motion | Appellee | Biros, Christine |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

**Appeal Docket Sheet**      **Superior Court of Pennsylvania**

**Docket Number: 1841 WDA 2019**

**Page 6 of 7**

**February 14, 2023**



## DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **July 28, 2021** | Order Denying Application for Reargument | | Per Curiam |
| | Comment: IT IS HEREBY ORDERED: THAT the application filed June 4, 2021, requesting reargument of the decision dated May 21, 2021, is DENIED. | | |
| **August 27, 2021** | Petition for Allowance of Appeal to PA Supreme Court Filed | Appellant | U Lock Inc. |
| | Comment: 259 WAL 2021 | | |
| **January 19, 2022** | Order Denying Petition for Allowance of Appeal to PA Supreme Court | | Per Curiam |
| | Comment: 259 WAL 2021 | | |
| **February 7, 2022** | Other | | Supreme Court of Pennsylvania |
| | Document Name: Stay record letter | | |
| **March 18, 2022** | Other | | Supreme Court of Pennsylvania |
| | Document Name: Supreme Court Order-HOLD RECORD | | |
| | Comment: Supreme Order dated 3/16/22: Application to stay remand of record pending U.S. Supreme Court Review is GRANTED, with instructions. (DO NOT REMIT ORIGINAL RECORD) | | |

## SESSION INFORMATION

Journal Number:    J-S43016-20
Consideration Type:    Submit Panel
Listed/Submitted Date:    September 21, 2020

Panel Composition:

| | |
|---|---|
| The Honorable Jacqueline O. Shogan | Judge |
| The Honorable Victor P. Stabile | Judge |
| The Honorable Megan King | Judge |

## DISPOSITION INFORMATION

| | | | |
|---|---|---|---|
| Final Disposition: | Yes | | |
| Related Journal No: | J-S43016-20 | Judgment Date: | May 21, 2021 |
| Category: | Decided | Disposition Author: | Stabile, Victor P. |
| Disposition: | Affirmed | Disposition Date: | May 21, 2021 |
| Dispositional Filing: | **Opinion** | Filing Author: | Stabile, Victor P. |
| Filed Date: | 5/21/2021 12:00:00AM | | |

| | | | |
|---|---|---|---|
| Judge: | Shogan, Jacqueline O. | Vote: | Concur in Result |
| Judge: | King, Megan | Vote: | Join |

## REARGUMENT / RECONSIDERATION / REMITTAL

12:03 P.M.

Case 2:23-cv-00297-RJC   Document 1-5   Filed 02/22/23   Page 8 of 8

**Appeal Docket Sheet**     **Superior Court of Pennsylvania**

**Docket Number:  1841 WDA 2019**

Page 7 of 7

February 14, 2023

### REARGUMENT / RECONSIDERATION / REMITTAL

| | |
|---|---|
| Filed Date: | June 4, 2021 |
| Disposition: | |
| Disposition Date: | |

| | |
|---|---|
| Record Remittal: | |
| Filed Date: | June 4, 2021 |
| Disposition: | Order Denying Application for Reargument |
| Disposition Date: | July 28, 2021 |

Record Remittal:

### CROSS COURT ACTIONS

| | |
|---|---|
| Docket Number: | 259 WAL 2021 |
| Court Name: | Supreme |
| Short Caption: | Biros v. U Lock, Pet |
| Case Status: | Active |
| Disposition: | Order Denying Petition for Allowance of Appeal |
| Disposition Date: | January 19, 2022 |
| Petition Reargument/Reconsideration Filed Date: | |
| Reargument Disposition: | |
| Reargument Disposition Date: | |
| Cross Court Action Type: | Filing of Decision or Opinion |