# EXHIBIT I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| SHANNI SNYDER, | ) | |
|  | ) | |
| Plaintiff, | ) | Civil Action No. 21-904 |
|  | ) | |
| v. | ) | Judge Robert J. Colville |
|  | ) | |
| U LOCK INC., a/k/a U-LOCK, INC., | ) | |
|  | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 18th day of October, 2021, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 12), IT IS HEREBY ORDERED that the Motion is granted. Default Judgment is hereby entered in Plaintiff's favor in the following amounts: (1) $131,351.00 in unpaid minimum wage and overtime damages; (2) $131,351.00 in liquidated damages; (3) costs in the amount of $402. Plaintiff's request for pre-judgment interest is denied. Plaintiff's request for post-judgment interest is granted. The Clerk of Court shall mark this case as closed.

*s/ Robert J. Colville*
United States District Judge

cc: Shanni Snyder
14390 Route 30
North Huntingdon, PA 15642
(via regular mail)

U Lock Inc. a/k/a U-Lock Inc.
14140 Route 30
North Huntingdon, PA 15642
(via regular & certified mail)