# EXHIBIT M



**Supreme Court of Pennsylvania**

**Court of Common Pleas**
**Civil Cover Sheet**

_____ WESTMORELAND _____ **County**





For Prothonotary Use Only:

Docket No:

TIME STAMP

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

| Lead Plaintiff's Name: | Lead Defendant's Name: |
|---|---|
| SHANNI SNYDER | U LOCK INC a/k/a U-LOCK INC |

| **Are money damages requested?** ☒ Yes ☐ No | Dollar Amount Requested: (check one) | ☐ within arbitration limits ☒ outside arbitration limits |
|---|---|---|

| **Is this a *Class Action Suit*?** ☐ Yes ☒ No | **Is this an *MDJ Appeal*?** ☐ Yes ☒ No |
|---|---|

Name of Plaintiff/Appellant's Attorney: _____

☒ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your ***PRIMARY CASE.*** If you are making more than one type of claim, check the one that you consider most important.

**TORT** (*do not include Mass Tort*)
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability (*does not include mass tort*)
- ☐ Slander/Libel/ Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** (*do not include Judgments*)
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
  _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
  _____
- ☐ Other: _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☒ Quiet Title
- ☒ Other:
  Foreclosure, equity

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
  _____
- ☐ Zoning Board
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____

*Updated 1/1/2011*

## IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA
## CIVIL ACTION

SHANNI SNYDER,                          )
                                        )
              Plaintiff,                )          *928 of 2022*
                                        )
       vs.                              )
                                        )
U LOCK INC. a/k/a U-LOCK INC.,          )
CHRISTINE BIROS,  BIROS                 )
IRREVOCABLE LIFE INSURANCE TRUST,       )
DENISE SCHUR executrix of the ESTATE    )
OF ALEX SCHUR, HENRY L. MOORE and       )
SUSAN STANO co-executors of the ESTATE  )
OF NICHOLAS SCHUR, KATHLEEN S.          )
WALTER executor of the ESTATE OF        )
MICHAEL SCHUR, CYNTHIA SARRIS           )
Administrator of the ESTATE OF ANN      )
SARRIS, FRANK SCHIEFER, in his official )
capacity as WESTMORELAND                )
COUNTY RECORDER OF DEEDS for injunctive and )
declaratory relief, and HARRY J. SMAIL  )
JR., pursuant to 42 USC 1983, in his official )
capacity for declaratory relief,        )
JOSH SHAPIRO, ATTORNEY GENERAL          )
FOR THE COMMONWEALTH OF                 )
PENNSYLVANIA, for declaratory relief,   )
                                        )
              Defendants.               )   RE:  TAX MAP 54-03-10-0-103

PRAECIPE FOR WRIT OF SUMMONS IN EQUITY AND ASSUMPSIT AND FOR LIS PENDENS

To the Prothonotary:

       Please issue a Writ of Summons in Equity and Assumpsit and issue a *Lis Pendens* on property located at 14140 Route 30, North Huntingdon, Pennsylvania 15642, Tax Map No. 54-03-10-0-103.[1]

                            Respectfully submitted,

                            *Shanni Snyder*
                            Shanni Snyder
                            14390 Route 30
                            North Huntingdon PA  15642

---

[1]  Note that defendant Harry J. Smail Jr. is sued strictly under 42 USC 1983 for declaratory judgment.  Defendants FRANK SCHIEFER, in his official capacity as WESTMORELAND COUNTY RECORDER OF DEEDS for injunctive and declaratory relief, and JOSH SHAPIRO, ATTORNEY GENERAL FOR THE COMMONWEALTH OF PENNSYLVANIA is sued strictly for declaratory relief.