# EXHIBIT N

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__WESTERN__ District of __PENNSYLVANIA__
(State)

Case number (If known): _____ Chapter ____

RECEIVED
APR 27 2022
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1:  Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2:  Identify the Debtor

2. **Debtor's name**: U LOCK INC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   U-LOCK INC.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   4 7 - 4 9 9 4 9 1 1
   EIN

5. **Debtor's address**

   **Principal place of business**

   14140  U.S. Route 30
   Number    Street

   N Huntingdon           PA    15642
   City                   State ZIP Code

   Westmoreland
   County

   **Mailing address, if different**

   _____
   Number    Street

   P.O. Box _____

   _____
   City         State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City         State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

| Debtor | U LOCK INC a/k/a U-LOCK INC. | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**6. Debtor's website** (URL) _____

---

**7. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the types of business listed.
☐ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes. Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
                            MM / DD / YYYY

Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
                            MM / DD / YYYY

---

**Part 3:  Report About the Case**

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☒ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor _____U LOCK INC. a/k/a U-Lock Inc._____   Case number (if known) _____
       Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Shanni Snyder | unpaid wages + liq damage | $ 262,000 |
|  | retaliation under FLSA | $ 100,000 |
|  | interest | $ 13,100 |
|  |  | $ |
| Single creditor case. | Total of petitioners' claims | $ 375,100 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

__Shanni Snyder__
Name
__14140 US Route 30__
Number  Street
__North Huntingdon__   __PA__   __15642__
City            State    ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name
_____
Number  Street
_____
City            State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/25/22
             MM / DD / YYYY

X _/s/_____
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____  _____  _____
City            State    ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
WESTERN District Of PENNSYLVANIA

In re  U LOCK INC a/k/a U-LOCK INC. ,                    )    Case No. _____
             Debtor*                                      )
                                                          )    Chapter ___7___
                                                          )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

  A petition under title 11, United States Code was filed against you in this bankruptcy court on April 2022 (date), requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United States Code).

  YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:    CLERK, US BANKRUPTCY COURT
                         5414 U.S. Steel Tower
                         600 Grant Street
                         Pittsburgh, PA 15219

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

  Name and Address of Petitioner's Attorney:
  Shanni Snyder
  14390 Route 30, House
  North Huntingdon PA  15642

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

_____ (Clerk of the Bankruptcy Court)

Date: _____      By: _____(Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____
(date), I served this summons and a copy of the involuntary petition on _____
(name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]* :




If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.


Date _____    Signature _____

    Print Name:        _____

    Business Address:    _____

                                   _____