# EXHIBIT R

**Fill in this information to identify the case:**

Debtor: U Lock Inc

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 22-20823
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     | | Total claim | Priority amount |
|-----|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Case 2:23-cv-00296-RJC Document 21-15 Filed 02/06/23 Page 3 of 5

Case 22-20823-CMB Doc 96 Filed 07/06/21 Entered 07/06/21 09:12:58 Desc Main
Document      Page 2 of 4

Debtor  U Lock Inc
_____
Name

Case number (if known) 22-20823

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
**Nonpriority creditor's name and mailing address**
Christine Biros
435 Millers Road
Pittsburgh, PA, 15239

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 325,000.00

**Date or dates debt was incurred** 07/09/2015
**Last 4 digits of account number** 9999

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.2**
**Nonpriority creditor's name and mailing address**
Christine Biros
435 Millers Road
Pittsburgh, PA, 15239

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Claims she is owed attorney fees.

$ Unknown

**Date or dates debt was incurred** 01/01/2021
**Last 4 digits of account number** 9999

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.3**
**Nonpriority creditor's name and mailing address**
JAR Coal Company
1985 Lincoln Way
STE 23-333
White Oak, PA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Based on information, JAR Coal Company, an unincorporated a

$ 325,000.00

**Date or dates debt was incurred** 07/09/2015
**Last 4 digits of account number** 9999

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.4**
**Nonpriority creditor's name and mailing address**
PA Turnpike Toll by Plate
PO Box 645631
Irwin, PA, 15642

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 16.90

**Date or dates debt was incurred** 09/27/2021
**Last 4 digits of account number** 0615

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.5**
**Nonpriority creditor's name and mailing address**
Shanni Snyder and/or Trustee of the Shanni Snyder Bankruptcy Estate
14390 Route 30
Irwin, PA, 15642

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 262,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number** 9999

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.6**
**Nonpriority creditor's name and mailing address**
West Penn Power
76 South Main Street
Akron, OH, 44308

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 43.73

**Date or dates debt was incurred** 04/21/2022
**Last 4 digits of account number** 0618

**Is the claim subject to offset?**
☒ No
☐ Yes

Case 2:23-cv-00296-RJC Document 7-19 Filed 02/06/23 Page 4 of 5

Case 22-20823-JCM Doc 27 Filed 07/06/21 Entered 07/06/21 09:12:54 Desc Main
Document    Page 3 of 4

Debtor  D Lock Inc
_____
Name

Case number (if known) 22-20823

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.**7** **Nonpriority creditor's name and mailing address**

Westmoreland County Tax Claim Bureau
2 North Main Street
Ste 109
Greensburg, PA, 15601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Property Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 12/31/2021

**Last 4 digits of account number** _____

$ __Undetermined__

3.___ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

3.___ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

3.___ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

3.___ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Debtor _____ D Look Inc _____  Case number (if known) __22-20823_____
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 912,060.63 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 912,060.63 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4 of 4