# EXHIBIT U

## IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

CHRISTINE BIROS,　　　　　　　　　　　　　　Case No. 17 CJ 04886

　　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　**NOTICE OF APPEAL**

U LOCK INC.,

　　　　　Defendant,

SHANNI SNYDER,

　　　　　Non-party Appellant.

Filed on behalf of:

Shanni Snyder, non-party Appellant.

Counsel of record for this party:

Shanni Snyder
14390 Route 30
North Huntingdon PA  15642
(412) 206-6850
shannis@pm.me

FILED
PROTHONOTARY'S OFFICE
WESTMORELAND COUNTY
2022 MAY 19 A 10: 07
GINA O'BARTO
TIME IN

**IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA**

CHRISTINE BIROS,   Case No. 17 CJ 04886

    Plaintiff,

vs.

U LOCK INC.,

    Debtor in Bankruptcy,

SHANNI SNYDER,

    Non-party   Appellant.

## NOTICE OF APPEAL

Notice is hereby give that non-party Shanni Snyder, an individual who is judgment creditor at case 21-JU-04758 of debtor in bankruptcy and defendant U Lock Inc., and holding a lien on all assets of said defendant, and harmed by the actions of this Court which rendered an Order that eviscerates and appears to supersede portions of her judgment lien, hereby appeals to the Superior Court of Pennsylvania from the Order entered in the above case at 11:47 a.m. on the 17th day of May, 2022 (directing the Prothonotary to issue a *Writ of Possession* that includes terms to "authorize levy and sale of any property of Defendant U Lock" in favor of Plaintiff Christine Biros).

TRANSCRIPT ORDER:  Shanni Snyder hereby orders a transcript of the hearing in connection with this appeal.  Said hearing occurred on an unknown date not contained on

the docket and without public notice.

                        Respectfully submitted,

                        */s/ Shanni Snyder*

                        Shanni Snyder
                        14390 Route 30
                        North Huntingdon PA  15642
                        (412) 206-6850
                        shannis@pm.me

## DOCKET ENTRIES

### Case Information

| Case# | Caption | Reference File | Judgment Amt | Filed Date | Case Type/Subtype | Status | Judge |
|---|---|---|---|---|---|---|---|
| 17CJ04886 | CHRISTINE BIROS /INDIVID VS U LOCK INC | | | Jan/24/2018 | LIS PENDENS NEW FILE | ACTIVE | Rita Donovan Hathaway |

### Parties

| Party Type | Name | Address |
|---|---|---|
| DEFENDANT ATTY | DENNIS D DEL COTTO | 4345 OLD WILLIAM PENN HWY , MURRYSVILLE , PA, 15668 |
| DEFENDANT ATTY | J ALLEN ROTH | 805 S ALEXANDRIA STREET , LATROBE , PA, 15650 |
| DEFENDANT ATTY | JOHN A TUMOLO | 437 GRANT STREET , PITTSBURGH , PA, 15219 |
| DEFENDANT | DENISE SCHUR /EXEC | 8700 CLEVELAND ROAD, CRESTON, OH, 44217, USA |
| DEFENDANT | ALEX SCHUR /ESTATE | |
| DEFENDANT | HENRY L MOORE /CO EXEC | 310 KEYSTONE COMMONS 35 WEST PITTSBURGH STREET, GREENSBURG, PA, 15601, USA |
| PLAINTIFF ATTY | WILLIAM E OTTO | PO BOX 701 , MURRYSVILLE , PA, 15668 |
| PLAINTIFF | CHRISTINE BIROS /INDIVID | 435 MILLERS LANE, PLUM, 15239 |
| DEFENDANT | SUSAN STANO /CO EXEC | 31856 LAKE DRIVE, AVON LAKE, OHIO, 44012, USA |
| DEFENDANT | NICHOLAS SCHUR /ESTATE | |
| DEFENDANT | KATHLEEN S WALTER /EXEC | 3 RIDGE COURT, SARATOGA SPRINGS, NY, 12866, USA |

| DEFENDANT | MICHAEL SCHUR /ESTATE | |
|---|---|---|
| DEFENDANT | CYNTHIA SARRIS /ADMIN | 14249 HILAND PLACE, IRWIN, PA, 15642, USA |
| DEFENDANT | ANN SARRIS /ESTATE | |
| DEFENDANT | U LOCK INC | 14140 ROUTE 30, NORTH HUNTINGDON, PA, 15642, USA |

## Events

| Action Date | Action Description | Action Name | View Document |
|---|---|---|---|
| May/17/2022 | ********* NOT VERIFIED ********* | ********* NOT VERIFIED ********* | |
| May/17/2022 | ORDER DENYING | ORDER MAY 13 2022 DENIED WITH PREJUDICE NOTICE GIVEN RULE N 236 | View |
| May/17/2022 | ********* NOT VERIFIED ********* | ********* NOT VERIFIED ********* | |
| May/17/2022 | ORDER | ORDER MAY 13 2022 AS SET FORTH NOTICE GIVEN RULE N 236 | View |
| May/17/2022 | ********* NOT VERIFIED ********* | ********* NOT VERIFIED ********* | |
| May/17/2022 | ORDER | ORDER MAY 13 2022 AS SET FORTH NOTICE GIVEN RULE N 236 | View |
| Apr/25/2022 | BRIEF IN OPPOSITION TO MOTION | FOR SANCTIONS | View |
| Apr/21/2022 | PRELIMINARY OBJECTIONS | DEFT U LOCK INCS PRELIMINARY OBJECTIONS RAISING ISSUES OF FACT TO THE PETITION FOR WRIT OF POSSESSION | View |
| Mar/18/2022 | ORDER | PENDING SUPRME COURT OF PA WESTERN DISTRICT | View |
| Mar/17/2022 | EXHIBITS | IN SUPPORT OF PETITION TO STRIKE ORDER OF JANUARY 20 2022 AS SET FORTH | View |
| Mar/17/2022 | MOT/PET STRIKE | PETITION TO STRIKE ORDER OF JAN 20 2022 AS SET FORTH | View |
| Jan/24/2022 | ORDER | ORDER JANUARY 20, 2022 NOTICE GIVEN RULE N236 | View |
| Aug/27/2021 | *MOT/PET STAY TAX SALE | AND ORDER DATED AUGUST 27 2021 GRANTING STAY RULE N 236 NOTICE SENT | View |
| May/08/2020 | ORDER DENYING MOTION | ORDER MAY 7, 2020 MOTION IS DENIED WITHOUT PREJUDICE | View |

| Date | Type | Description | |
|---|---|---|---|
| Apr/13/2020 | OBJECTIONS | DEFTS OBJECTIONS TO PLFFS INTERROGATORIES REQUEST FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS IN AID OF EXECUTION DIRECTED TO U LOCK INC | View |
| Mar/26/2020 | BRIEF IN OPPOSITION TO MOTION | TO DELIVER DEEDS TO PLFF | View |
| Mar/23/2020 | BRIEF IN SUPPORT OF MOTION | TO DELIVER DEEDS TO PLFF | View |
| Mar/23/2020 | MOTION/PETITION | MOTION TO DELIVER DEEDS TO PLFF | View |
| Feb/07/2020 | NOTICE SENT TO ALL COUNSEL & UNREPRESENTED PARTIES/PER PA RA | NOTICE SENT TO ALL COUNSEL & UNREPRESENTED PARTIES/PER PA RA | |
| Feb/04/2020 | SUPPLEMENT | ORDER TO RULE 1925a | View |
| Feb/04/2020 | ORDER PURSUANT TO RULE 1925(A) | ORDER PURSUANT TO RULE 1925(A) | View |
| Jan/24/2020 | BRIEF IN SUPPORT OF MOTION | TO REQUIRE DEFT TO POST SECURITY | View |
| Jan/24/2020 | STATEMENT PURSUANT TO RULE 1925 | OF ISSUES TO BE RAISED ON APPEAL | View |
| Jan/24/2020 | BRIEF IN OPPOSITION TO MOTION | TO REQUIRE DEFT TO POST SECURITY PURSUANT TO PARAP 1733 AND OBJECTIONS TO THE PROPERTY INSPECTION PROCEDURE | View |
| Jan/24/2020 | VERIFICATION | OF GEORGE SNYDER JR AS TO PLFFS MOTION TO REQUIRE DEFT TO POST SECURITY PURSUANT TO PENNSYLVANIA RULE OF APPELLATE PROCEDURE 1733 | View |
| Jan/10/2020 | MOTION/PETITION | MOTION TO REQUIRE DEFT TO POST SECURITY PURSUANT TO PARAP RULE 1733 | View |
| Jan/10/2020 | MOTION/PETITION | MOTION TO DIRECT DEFT TO FILE A STATEMENT OF ERRORS COMPLAINED OF ON APPEAL PURSUANT TO PARAP RULE 1925B AND ORDER AS SET FORTH | View |

| Date | Type | Description | |
|---|---|---|---|
| Jan/06/2020 | *JUDGMENT EO DIE: JUDGMENT ENTERED/NOTICE SENT | ON COURT ORDER DATED AUG 23, 2019 JUDGMENT ENTERED NOTICE SENT | View |
| Jan/06/2020 | OPPOSITION | DEFT U LOCK INCS OPPOSITION TO MOTION TO REQUIRE DEFT TO POST SECURITY PURSUANT TO PARAP 1733 | View |
| Dec/20/2019 | NOTICE APPEAL FROM THE SUPERIOR COURT | NOTICE APPEAL FROM THE SUPERIOR COURT | View |
| Dec/13/2019 | *NOTICE APPEAL TO THE SUPERIOR COURT | *NOTICE APPEAL TO THE SUPERIOR COURT | View |
| Dec/09/2019 | OPINION AND ORDER | OPINION AND ORDER DECEMBER 6 2019 AS SET FORTH N236 | View |
| Nov/26/2019 | TRANSCRIPT OF PROCEEDINGS | TRANSCRIPT OF PROCEEDINGS | View |
| Oct/21/2019 | BRIEF IN OPPOSITION TO POST-TRIAL MOTION | PURSUANT TO PARCIV PROC 227.1 | View |
| Oct/17/2019 | ORDER CONTINUING HEARING | OCTOBER 16 2019THE HEARING ON PLFFS MOTION FOR POST TRIAL MOTION IS HEREBY CONTINUED TO NOVEMBE 8 2019 | View |
| Oct/15/2019 | BRIEF IN OPPOSITION TO | PLAINTIFFS BRIEF IN OPPOSITION TO DEFENDANT U LOCK INCS POST-TRIAL MOTIOINS PURSUANT TO PA R CIV PROC RULE 227.1 | View |
| Sep/30/2019 | BRIEF IN SUPPORT OF POST-TRIAL MOTION | PURSUANT TO PARCIV PROC RULE 227.1 | View |
| Sep/23/2019 | BRIEF IN SUPPORT OF POST-TRIAL MOTION | RELIEF PURSUANT TO PENNSYLVANIA RULE OF CIVIL PROCEDURE 227.1 | View |
| Sep/16/2019 | ORDER ORAL ARGUMENT | SEPTEMBER 13 2019 THAT THE ORAL ARUGMENT ON THE MOTION FOR POST TRIAL RELIEF IS SCHEDULED OCTOBER 21 2019 N236 | View |
| Sep/13/2019 | MOT/PET POST-TRIAL RELIEF | MOTION FOR POST TRIAL RELIEF PURSUANT TO PA R CIV PROC 227.1 | View |
| Sep/13/2019 | OBJECTIONS TO MOTION | OBJECTIONS TO DEFTS MOTION FOR POST TRIAL RELIEF PURSUANT TO PARCIV PROC 227.1 | View |
| Sep/03/2019 | MOT/PET POST-TRIAL RELIEF | DEF MOTION FOR POST TRIAL RELIEF PURSUANT TO PA RCP 227.1 | View |

| Date | Type | Description | |
|---|---|---|---|
| Aug/23/2019 | OPINION AND ORDER | NON JURY TRIAL OPINION AND ORDER AUG 22 2019 AS TO PLFFS COMPLAINT VERDICT IS HEREBY ENTERED IN FAVOR OF PLFF CHRISTINE BIROS AND GAINSG DEDT U LOCK INC ON COUNTS I AND II COUNT III OF PLFFS COMPLAINT IS | View |
| Jun/04/2019 | NOTICE | OF COMPLIANCE WITH ORDER OF COURT | View |
| May/20/2019 | FINDINGS OF FACT AND CONCLUSIONS OF LAW | DEFTS PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW WITH PROPOPSED ORDER | View |
| May/17/2019 | FINDINGS OF FACT AND CONCLUSIONS OF LAW | PROPOSED | View |
| May/15/2019 | TRANSCRIPT OF PROCEEDINGS | HEARD ON APRIL 29, 2019 | View |
| May/06/2019 | ORDER AMENDING | ORDER MAY 3, 2019 THAT THE CAPTION IS AMENDED AS SET FORTH | View |
| Apr/30/2019 | MOT/PET CONTINUANCE | TRIAL AND ORDER APRIL 29, 2019 DENIED WITH PREJUDICE | View |
| Apr/26/2019 | PRAECIPE WITHDRAW PRELIMINARY OBJECTIONS | AND ORDER ACCERPT FOR FILING BY THE COURT | View |
| Apr/26/2019 | MOTION/PETITION | MOTION TO WITHDRAW PRELIMINARY OBJECTIONS AND ORDER APRIL 26, 2019 THAT THE PRELIMINARY OBJECTIONS FILED ON DECEMBER 1, 2017 ARE HEREBY DISMISSED WITH PREJUDICE | View |
| Apr/26/2019 | CERTIFICATE OF SERVICE | OF THE ORGINAL ANSWER AND NEW MATTER FILED ON APR 23 2019 | View |
| Apr/26/2019 | RESPONSE - PLAINTIFF'S | PLFFS RESPONSE TO DEFTS NEW MATTER | View |
| Apr/23/2019 | ANSWER AND NEW MATTER | ANSWER AND NEW MATTER | View |
| Apr/04/2019 | SCHEDULING ORDER | ORDER APRIL 3, 2019 THAT A ONE DAY NON-JURY TRIAL IS SCHEUDLED ON APRIL 29, 2019 N236 | View |
| Apr/01/2019 | PRAECIPE | TO SET TRIAL DATE | View |
| Mar/29/2019 | MOTION/PETITION | TO ENFORCE SETTLEMENT | View |
| Feb/25/2019 | ANSWER | ANSWERS AND OBJECTIONS TO THE SECOND SET OF INTERROGATORIES REQUEST FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO U LOCK INC | View |

| Date | Type | Description | |
|---|---|---|---|
| Jan/28/2019 | ORDER PRELIMINARY OBJECTION | ORDER THAT RULING ON SAID PRELIMINARY OBJECTIONS IS DEFERRED AS THE PARTIES PURSUE SETTLEMENT AS SET FORTH N236 | View |
| Dec/07/2018 | JUDICIAL REASSIGNMENT FORM FROM | MARSILI TO JUDGE MARSILI/SMAIL | View |
| Dec/07/2018 | MOT/PET HEARING | MOTION TO SCHEDULE HEARING TO DETERMINE PRELIMINARY OBJECTIONS AND ORDER HEARING IS SCHEDULED ON JANUARY 24, 2019 | View |
| Oct/12/2018 | RESPONSE - PLAINTIFF'S | TO DEFT U LOCK INCS NEW MATTER | View |
| Oct/01/2018 | AMENDED | DEFT U LOCK INCS AMENDED OBJECTIONS AND RESPONSES TO THE INTERROGATORIES REQUESTS FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS AND EXHIBITS A THROUGH Y NOT IMAGED | View |
| Sep/21/2018 | AMENDED ANSWER AND NEW MATTER | TO COMPLAINT FOR DECLATORY JDGMT AND EQUITABLE ACTION TO CONVEY TITLE TO QUIET TITLE AND FOR AN ACCOUNTING | View |
| Sep/07/2018 | ORDER PRELIMINARY OBJECTION | ORDER SEPT 6 2018 THAT PRELIMINARY OBJECTIONS ARE OVERRULED IN PART SUSTAINED IN PART AND STRICKEN IN PART AS SET FORTH N236 | View |
| Sep/07/2018 | MOT/PET STAY TAX SALE (NO FEE) | AND ORDER AS SET FORTH | View |
| Jul/06/2018 | ORDER | ORDER DEFTS PETITION FOR PROTECTIVE ORDER IS GRANTED AS SET FORTH | View |
| Jul/06/2018 | MOT/PET PROTECTIVE ORDER | DEFT U LOCK INCS PETITION PURSUANT TO PENNSYLVANIA RULE OF CIVIL PROCEDURE 4012A FOR A PROTECTIVE ORDER AND FOR A THIRTY (30) DAY EXTENSION OF TIME TO RESPOND TO THE PLFFS DISCOVERY REQUESTS | View |
| Jul/06/2018 | MOT/PET COMPEL | DISCOVERY RESPONSE TO DEFTS OBJECTIONS TO PLFFS DISCOVERY REQUEST AND RESPONSE TO PLFFS MOTION FOR PROTECTIVE ORDER | View |
| Jul/02/2018 | RESPONSE | TO DEFTS U LOCK INCS ANSWER TO PRELIMINARY OBJECTIONS | View |

| Date | Type | Description | |
|---|---|---|---|
| Jun/13/2018 | ANSWER PRELIMINARY OBJECTIONS | DEFT U LOCK INCS ANSWER TO PRELIMINARY OBJECTIONS BASED UPON FAILURE TO CONFORM TO RULE OF COURT AND FOR INCLUSION OF SCANDALOUS AND IMPERTINENT MATTER AND INSUFFICIENT SPECIFICITY IN PLEADING | View |
| Jun/13/2018 | BRIEF IN OPPOSITION TO PRELIMINARY OBJECTION | DEFT U LOCK INCS BRIEF IN OPPOSITION TO PRELIMINARY OBJECTIONS BASED UPON FAILURE TO CONFORM TO RULE OF COURT AND FOR INCLUSION OF SCANDALOUS AND IMPERTINENT MATTER AND INSUFFICIENT SPECIFICITY IN PLEADING | View |
| May/23/2018 | CERTIFICATE OF SERVICE | OF SCHEDULING ORDER DATED MAY 17 2018 | View |
| May/18/2018 | SCHEDULING ORDER | FILING BRIEFS N236 | View |
| May/16/2018 | OBJECTIONS | AND RESPONSES TO THE INTERROGATORIES REQUESTS FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS | View |
| May/14/2018 | PRELIMINARY OBJECTIONS | BASED UPON FAILURE TO CONFORM TO RULE OF COURT AND FOR INCLUSION OF SCANDALOUS AND IMPERTINENT MATTER AND INSUFFICIENT SPECIFICITY IN PLEADING AND BRIEF IN SUPPORT | View |
| Apr/23/2018 | NOTICE OF SERVICE | OF INTERROGATORIES REQUEST FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO U LOCK INC | View |
| Apr/23/2018 | OPPOSITION | TO PRELIMINARY OBJECTIONS | View |
| Apr/23/2018 | AMENDED ANSWER AND NEW MATTER | TO COMPLAINT IN CIVIL ACTION FOR DECLATORY JUDGMENT AND EQUITABLE ACTION TO CONVEY TITLE TO QUIET TITLE AND FOR AN ACCOUNTING | View |
| Apr/19/2018 | CERTIFICATE OF SERVICE | OF SCHEDULING ORDER | View |
| Apr/12/2018 | SCHEDULING ORDER | FILING BRIEF N236 | View |
| Apr/04/2018 | PRELIMINARY OBJECTIONS | PRELIMINARY OBJECTIONS BASED UPON FAILURE TO CONFORM TO RULE OF COURT AND FOR INCLUSION OF SCANDALOUS AND IMPERTINENT MATTER AND INSUFFICIENT SPECIFICITY IN PLEADING AND BRIEF IN SUPPORT | View |
| Mar/28/2018 | PRAECIPE WITHDRAW PRELIMINARY OBJECTIONS | AND BRIEF IN SUPPORT | View |

| Date | Type | Description | |
|---|---|---|---|
| Mar/19/2018 | ANSWER COMPLAINT | AND NEW MATTER TO COMPLAINT IN CIVIL ACTION FOR DECLARATORY JUDGMENT AND EQUITABLE ACTION TO CONVEY TITLE TO QUIET TITLE AND FOR AN ACCOUTING | View |
| Mar/16/2018 | ORDER | THAT THE DEFAULT JDGMT IN FAVOR OF PLFF AND AGAINST DEFT U LOCK IS STRIKEN AS SET FORTH | View |
| Mar/16/2018 | MOT/PET STRIKE JUDGMENT (NO FEE) | MOTION TO STRIKE DEFAULT JUDGMENT (NO FEE) | View |
| Mar/16/2018 | SCHEDULING ORDER | SCHEDULING ORDER MARCH 15, 2018 FILING BRIEF AS SET FORTH N236 | View |
| Mar/12/2018 | APPEARANCE ENTERED BY | JOHN A TUMOLO ESQ | View |
| Mar/08/2018 | JUDICIAL REASSIGNMENT FORM FROM | FROM JUDGE SCHERER TO JUDGE MARSILL | View |
| Mar/06/2018 | ORDER RECUSAL | ORDER RECUSAL THAT THE COURT ADMINISTRATORS OFFICE SHALL REASSIGN THIS CASE TO JUDGE ANTHONY MARSILI AS SET FORTH N236 | View |
| Mar/05/2018 | ANSWER COMPLAINT | FOR DECLARATORY JUDGMENT AND EQUITABLE ACTION TO CONVEY TITLE TO QUIET TITLE AND FOR AN ACCOUNTING | View |
| Mar/05/2018 | APPEARANCE ENTERED BY | J ALLEN ROTH ESQ | View |
| Mar/05/2018 | BRIEF IN SUPPORT OF PRELIMINARY OBJECTIONS | BRIEF IN SUPPORT OF DEFT U LOCK INCS PRELIMINARY OBJECTIONS TO THE COMPLAINT | View |
| Mar/05/2018 | PRELIMINARY OBJECTIONS | DEFT U LOCK INCS PRELIMINARY OBJECTIONS TO THE COMPLAINT | View |
| Mar/05/2018 | *MOT/PET OPEN OR STRIKE JUDGMENT | *MOT/PET OPEN OR STRIKE JUDGMENT | View |
| Mar/02/2018 | APPEARANCE ENTERED BY | DENNIS D DEC COTTO ESQ | View |
| Feb/23/2018 | *JUDGMENT EO DIE: JUDGMENT ENTERED/NOTICE SENT | *JUDGMENT EO DIE: JUDGMENT ENTERED/NOTICE SENT | View |
| Feb/21/2018 | PRAECIPE REINSTATE COMPLAINT EO DIE: COMPLAINT REINSTATED | PRAECIPE REINSTATE COMPLAINT EO DIE: COMPLAINT REINSTATED | View |

| Date | Type | Description | |
|---|---|---|---|
| Feb/21/2018 | RETURN SERVICE BY | OF PROCESS BY PUBLICATION | View |
| Jan/19/2018 | PRAECIPE REINSTATE COMPLAINT EO DIE: COMPLAINT REINSTATED | PRAECIPE REINSTATE COMPLAINT EO DIE: COMPLAINT REINSTATED | View |
| Jan/12/2018 | MOTION/PETITION | MOTION FOR SERVICE BY PUBLICATION PURSUANT TO RULE 430 AND ORDER THAT DEFT U LOCK INC MAY BE SERVED BY PUBLICATION IN ACCORDANCE WITH PA PRCP RULE 430 | View |
| Jan/12/2018 | *PRAECIPE INDEX LIS PENDENS | *PRAECIPE INDEX LIS PENDENS | View |

## VERIFICATION OF SERVICE

I, Shanni Snyder, verify under the penalty for unsworn falsification to authorities that I mailed a copy of this document to the following persons in this case on the 18th day of May, 2022, by First Class Mail:

William E. Otto, Esq.
PO Box 701
Murrysville, PA  15668

Dennis D. Del Cotto, Esq.
4345 Old William Penn Highway
Murrysville, PA  15668

William F. Ross, Esq.
406 N. Market Street
Wooster, OH  44691

John Tumolo, Esq.
Suite 1500, Frick Building
Pittsburgh, PA  15219

Hon. Harry F. Smail
Court of Common Pleas
2 N Main Street, Courtroom 2
Greensburg PA  15601

Court Administrator
Court of Common Pleas
2 N Main Streert
Greensburg PA  15601

_____
Shanni Snyder