# EXHIBIT W

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

CHRISTINE BIROS,                          Case No. 17 CJ 04886

                 Plaintiff,

        vs.                               NOTICE OF
                                          APPEARANCE

U LOCK INC.,

                 Defendant.


                                   Filed on behalf of:

                                   *Mark*
                                   M. MILES MYCKA


                                   Representing himself:

                                   *Mark*
                                   M. Miles Mycka
                                   5148 Peach St #401
                                   Erie, PA 16509
                                   My phone 814-283-4820
                                   My email mmm@thunderland.net

FILED
PROTHONOTARY'S OFFICE
WESTMORELAND COUNTY  JB
2022 JUN -1  P 3: 02

3

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

CHRISTINE BIROS,                      )    Case No. 17 CJ 04886
                                      )
                Plaintiff,            )
                                      )
       vs.                            )
                                      )
U LOCK INC., a Pennsylvania corp.,    )
                                      )
                Defendant.            )
-------------------------------- )

## NOTICE OF APPEARANCE

M. Miles Mycka the interested party tenant appears in this case solely to appeal the order that the court put on the docket May 17 2022 giving Christine Biros possession of 14140 Route 30 North Huntingdon even though she told the court she intended to block the tenants and lock up their things and make them pick it up even though she didn't give tenants and bailors any form of notification or tell them there was a lawsuit against them or that the court was considering evicting the tenants.

Thank you,

M. Miles Mycka
5148 Peach St #401
Erie, PA 16509
My phone 814-283-4820
My email mmm@thunderland.net