# EXHIBIT X

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

CHRISTINE BIROS,                          Case No. 17 CJ 04886

        Plaintiff,

   vs.                                    NOTICE OF
                                         APPEAL

U LOCK INC.,

        Defendant.


                             Filed by:

                             *Mark* M. MILES MYCKA


                             Representing himself:

                             *Mark* M. Miles Mycka
                             5148 Peach St #401
                             Erie, PA 16509
                             My phone 814-283-4820
                             My email mmm@thunderland.net

FILED
PROTHONOTARY'S OFFICE
WESTMORELAND COUNTY
2022 JUN -1 P 3:02

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

CHRISTINE BIROS,                    )   Case No. 17 CJ 04886
                                    )
              Plaintiff,            )
                                    )
       vs.                          )
                                    )
U LOCK INC., a Pennsylvania corp., )
                                    )
              Defendant.            )
-------------------------------- )

## NOTICE OF APPEAL BY TENANT

I appeal to the Superior Court of Pennsylvania from the order entered on the docket on May 17, 2022 directing a writ of possession to Christine Biros without giving the tenants and bailors any notice. This order is on the docket sheet I attached to this.

                              Respectfully submitted,

                              M. Miles Mycka
                              5148 Peach St #401
                              Erie, PA 16509
                              My phone 814-283-4820
                              My email mmm@thunderland.net

                              APPELLANT

4

```
    17CJ04886   CHRISTINE BIROS /INDIVID VS. U LOCK INC          Jan/24/2018
    LIS PENDENS NEW FILE    ACTIVEHARRY F SMAIL
Parties
Party Type  Name  Address
DEFENDANT ATTY    DENNIS D DEL COTTO4345 OLD WILLIAM PENN HWY , MURRYSVILLE , PA,
15668
DEFENDANT ATTY    J ALLEN ROTH805 S ALEXANDRIA STREET , LATROBE , PA, 15650
DEFENDANT ATTY    JOHN A TUMOLO    437 GRANT STREET , PITTSBURGH , PA, 15219
DEFENDANT    DENISE SCHUR /EXEC8700 CLEVELAND ROAD, CRESTON, OH, 44217, USA
DEFENDANT    ALEX SCHUR /ESTATE
DEFENDANT    HENRY L MOORE /CO EXEC  310 KEYSTONE COMMONS 35 WEST PITTSBURGH STREET,
GREENSBURG, PA, 15601, USA
PLAINTIFF ATTY    WILLIAM E OTTO    PO BOX 701 , MURRYSVILLE , PA, 15668
PLAINTIFF    CHRISTINE BIROS /INDIVID435 MILLERS LANE, PLUM, 15239
DEFENDANT    SUSAN STANO /CO EXEC    31856 LAKE DRIVE, AVON LAKE, OHIO, 44012, USA
DEFENDANT    NICHOLAS SCHUR /ESTATE
DEFENDANT    KATHLEEN S WALTER /EXEC 3 RIDGE COURT, SARATOGA SPRINGS, NY, 12866, USA
DEFENDANT    MICHAEL SCHUR /ESTATE
DEFENDANT    CYNTHIA SARRIS /ADMIN   14249 HILAND PLACE, IRWIN, PA, 15642, USA
DEFENDANT    ANN SARRIS /ESTATE
DEFENDANT    U LOCK INC  14140 ROUTE 30, NORTH HUNTINGDON, PA, 15642, USA
INTERESTED PTY    SHANNI SNDER14390 US RT 30, NORTH HUNTINGDON, PA, 15642, USA
Events
Action Date Action DescriptionAction Name View Document
May/24/2022 ORDER APPELLATE RULE 1925B    ORDER MAY 23, 2022 APPELLATE RULE 1925B
NOTICE GIVEN RULE N236  View
May/23/2022 ********* NOT VERIFIED *********    ********* NOT VERIFIED *********

May/23/2022 *NOTICE APPEAL TO THE SUPERIOR COURTON THE ORDER DATED MAY 17 2022View
May/23/2022 ********* NOT VERIFIED *********    ********* NOT VERIFIED *********

May/23/2022 *NOTICE APPEAL TO THE SUPERIOR COURTOF THE ORDER DATED JANUARY 24 2022
      View
May/19/2022 RESPONSE    AND OBJECTIONS TO THE EXHIBITS FILED BY CHRSTINIE BIROS
      View
May/19/2022 NOTICEOF BANKRUPTCY    View
May/19/2022 MOT/PET CORRECT CAPTION DEFT U LOCK INCS MOTION TO CORRECT AND OR
STRIKE ERRONEOUS CAPTIONView
May/19/2022 *NOTICE APPEAL TO THE SUPERIOR COURT*NOTICE APPEAL TO THE SUPERIOR
COURT View
May/19/2022 PRO SE APPEARANCE ENTERED BY  SHANNI SNYDER    View
May/17/2022 ORDER DENYING    ORDER MAY 13 2022 DENIED WITH PREJUDICE NOTICE GIVEN
RULE N 236  View
May/17/2022 ORDER ORDER MAY 13 2022 WRIT OF POSSESSION ISSUED NOTICE GIVEN RULE N
236  View
May/17/2022 ORDER ORDER MAY 13 2022 AS SET FORTH NOTICE GIVEN RULE N 236View
Apr/25/2022 BRIEF IN OPPOSITION TO MOTION FOR SANCTIONS    View
Apr/21/2022 PRELIMINARY OBJECTIONS  DEFT U LOCK INCS PRELIMINARY OBJECTIONS RAISING
ISSUES OF FACT TO THE PETITION FOR WRIT OF POSSESSION View
Mar/18/2022 ORDER PENDING SUPRME COURT OF PA WESTERN DISTRICT    View
Mar/17/2022 EXHIBITS    IN SUPPORT OF PETITION TO STRIKE ORDER OF JANUARY 20 2022
AS SET FORTHView
Mar/17/2022 MOT/PET STRIKE    PETITION TO STRIKE ORDER OF JAN 20 2022 AS SET FORTH
      View
Jan/24/2022 ORDER ORDER JANUARY 20, 2022 NOTICE GIVEN RULE N236    View
```

Aug/27/2021 *MOT/PET STAY TAX SALE  AND ORDER DATED AUGUST 27 2021 GRANTING STAY
RULE N 236 NOTICE SENT  View
May/08/2020 ORDER DENYING MOTION    ORDER MAY 7, 2020 MOTION IS DENIED WITHOUT
PREJUDICE   View
Apr/13/2020 OBJECTIONS  DEFTS OBJECTIONS TO PLFFS INTERROGATORIES REQUEST FOR
ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS IN AID OF EXECUTION DIRECTED TO
U LOCK INC  View
Mar/26/2020 BRIEF IN OPPOSITION TO MOTION TO DELIVER DEEDS TO PLFFView
Mar/23/2020 BRIEF IN SUPPORT OF MOTION    TO DELIVER DEEDS TO PLFFView
Mar/23/2020 MOTION/PETITION   MOTION TO DELIVER DEEDS TO PLFF     View
Feb/07/2020 NOTICE SENT TO ALL COUNSEL & UNREPRESENTED PARTIES/PER PA RANOTICE SENT
TO ALL COUNSEL & UNREPRESENTED PARTIES/PER PA RA
Feb/04/2020 SUPPLEMENT  ORDER TO RULE 1925a      View
Feb/04/2020 ORDER PURSUANT TO RULE 1925(A)ORDER PURSUANT TO RULE 1925(A)View
Jan/24/2020 BRIEF IN SUPPORT OF MOTION    TO REQUIRE DEFT TO POST SECURITY    View
Jan/24/2020 STATEMENT PURSUANT TO RULE 1925    OF ISSUES TO BE RAISED ON APPEAL
       View
Jan/24/2020 BRIEF IN OPPOSITION TO MOTION TO REQUIRE DEFT TO POST SECURITY PURSUANT
TO PARAP 1733 AND OBJECTIONS TO THE PROPERTY INSPECTION PROCEDURE View
Jan/24/2020 VERIFICATIONOF GEORGE SNYDER JR AS TO PLFFS MOTION TO REQUIRE DEFT TO
POST SECURITY PURSUANT TO PENNSYLVANIA RULE OF APPELLATE PROCEDURE 1733 View
Jan/10/2020 MOTION/PETITION   MOTION TO REQUIRE DEFT TO POST SECURITY PURSUANT TO
PARAP RULE 1733   View
Jan/10/2020 MOTION/PETITION   MOTION TO DIRECT DEFT TO FILE A STATEMENT OF ERRORS
COMPLAINED OF ON APPEAL PURSUANT TO PARAP RULE 1925B AND ORDER AS SET FORTH   View
Jan/06/2020 *JUDGMENT EO DIE: JUDGMENT ENTERED/NOTICE SENT  ON COURT ORDER DATED
AUG 23, 2019 JUDGMENT ENTERED NOTICE SENT View
Jan/06/2020 OPPOSITION  DEFT U LOCK INCS OPPOSITION TO MOTION TO REQUIRE DEFT TO
POST SECURITY PURSUANT TO PARAP 1733View
Dec/20/2019 NOTICE APPEAL FROM THE SUPERIOR COURT    NOTICE APPEAL FROM THE
SUPERIOR COURT   View
Dec/13/2019 *NOTICE APPEAL TO THE SUPERIOR COURT*NOTICE APPEAL TO THE SUPERIOR
COURT View
Dec/09/2019 OPINION AND ORDER OPINION AND ORDER DECEMBER 6 2019 AS SET FORTH N236
       View
Nov/26/2019 TRANSCRIPT OF PROCEEDINGS    TRANSCRIPT OF PROCEEDINGS    View
Oct/21/2019 BRIEF IN OPPOSITION TO POST-TRIAL MOTION  PURSUANT TO PARCIV PROC 227.1
       View
Oct/17/2019 ORDER CONTINUING HEARINGOCTOBER 16 2019THE HEARING ON PLFFS MOTION FOR
POST TRIAL MOTION IS HEREBY CONTINUED TO NOVEMBE 8 2019    View
Oct/15/2019 BRIEF IN OPPOSITION TO  PLAINTIFFS BRIEF IN OPPOSITION TO DEFENDANT U
LOCK INCS POST-TRIAL MOTIOINS PURSUANT TO PA R CIV PROC RULE 227.1View
Sep/30/2019 BRIEF IN SUPPORT OF POST-TRIAL MOTION    PURSUANT TO PARCIV PROC RULE
227.1 View
Sep/23/2019 BRIEF IN SUPPORT OF POST-TRIAL MOTION    RELIEF PURSUANT TO
PENNSYLVANIA RULE OF CIVIL PROCEDURE 227.1View
Sep/16/2019 ORDER ORAL ARGUMENT    SEPTEMBER 13 2019 THAT THE ORAL ARUGMENT ON THE
MOTION FOR POST TRIAL RELIEF IS SCHEDULED OCTOBER 21 2019 N236    View
Sep/13/2019 MOT/PET POST-TRIAL RELIEF    MOTION FOR POST TRIAL RELIEF PURSUANT TO
PA R CIV PROC 227.1    View
Sep/13/2019 OBJECTIONS TO MOTION   OBJECTIONS TO DEFTS MOTION FOR POST TRIAL
RELIEF PURSUANT TO PARCIV PROC 227.1View
Sep/03/2019 MOT/PET POST-TRIAL RELIEF    DEF MOTION FOR POST TRIAL RELIEF PURSUANT
TO PA RCP 227.1   View
Aug/23/2019 OPINION AND ORDER NON JURY TRIAL OPINION AND ORDER AUG 22 2019 AS TO
PLFFS COMPLAINT VERDICT IS HEREBY ENTERED IN FAVOR OF PLFF CHRISTINE BIROS AND

6

GAINSG DEDT U LOCK INC ON COUNTS I AND II COUNT III OF PLFFS COMPLAINT IS      View
Jun/04/2019 NOTICEOF COMPLIANCE WITH ORDER OF COURT     View
May/20/2019 FINDINGS OF FACT AND CONCLUSIONS OF LAW     DEFTS PROPOSED FINDINGS OF
FACT AND CONCLUSION OF LAW WITH PROPOPSED ORDER View
May/17/2019 FINDINGS OF FACT AND CONCLUSIONS OF LAW     PROPOSED      View
May/15/2019 TRANSCRIPT OF PROCEEDINGS      HEARD ON APRIL 29, 2019 View
May/06/2019 ORDER AMENDING     ORDER MAY 3, 2019 THAT THE CAPTION IS AMENDED AS SET
FORTH View
Apr/30/2019 MOT/PET CONTINUANCE      TRIAL AND ORDER APRIL 29, 2019 DENIED WITH
PREJUDICE    View
Apr/26/2019 PRAECIPE WITHDRAW PRELIMINARY OBJECTIONS  AND ORDER ACCERPT FOR FILING
BY THE COURTView
Apr/26/2019 MOTION/PETITION   MOTION TO WITHDRAW PRELIMINARY OBJECTIONS AND ORDER
APRIL 26, 2019 THAT THE PRELIMINARY OBJECTIONS FILED ON DECEMBER 1, 2017 ARE HEREBY
DISMISSED WITH PREJUDICEView
Apr/26/2019 CERTIFICATE OF SERVICE  OF THE ORGINAL ANSWER AND NEW MATTER FILED ON
APR 23 2019 View
Apr/26/2019 RESPONSE - PLAINTIFF'S  PLFFS RESPONSE TO DEFTS NEW MATTER  View
Apr/23/2019 ANSWER AND NEW MATTER   ANSWER AND NEW MATTER    View
Apr/04/2019 SCHEDULING ORDER  ORDER APRIL 3, 2019 THAT A ONE DAY NON-JURY TRIAL IS
SCHEUDLED ON APRIL 29, 2019 N236    View
Apr/01/2019 PRAECIPE      TO SET TRIAL DATE View
Mar/29/2019 MOTION/PETITION   TO ENFORCE SETTLEMENT   View
Feb/25/2019 ANSWERANSWERS AND OBJECTIONS TO THE SECOND SET OF INTERROGATORIES
REQUEST FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO U LOCK
INC    View
Jan/28/2019 ORDER PRELIMINARY OBJECTION   ORDER THAT RULING ON SAID PRELIMINARY
OBJECTIONS IS DEFERRED AS THE PARTIES PURSUE SETTLEMENT AS SET FORTH N236     View
Dec/07/2018 JUDICIAL REASSIGNMENT FORM FROM      MARSILI TO JUDGE MARSILI/SMAILview
Dec/07/2018 MOT/PET HEARING   MOTION TO SCHEDULE HEARING TO DETERMINE PRELIMINARY
OBJECTIONS AND ORDER HEARING IS SCHEDULED ON JANUARY 24, 2019     View
Oct/12/2018 RESPONSE - PLAINTIFF'S  TO DEFT U LOCK INCS NEW MATTERView
Oct/01/2018 AMENDED     DEFT U LOCK INCS AMENDED OBJECTIONS AND RESPONSES TO THE
INTERROGATORIES REQUESTS FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS AND
EXHIBITS A THROUGH Y NOT IMAGED      View
Sep/21/2018 AMENDED ANSWER AND NEW MATTER TO COMPLAINT FOR DECLATORY JDGMT AND
EQUITABLE ACTION TO CONVEY TITLE TO QUIET TITLE AND FOR AN ACCOUNTING    View
Sep/07/2018 ORDER PRELIMINARY OBJECTION   ORDER SEPT 6 2018 THAT PRELIMINARY
OBJECTIONS ARE OVERRULED IN PART SUSTAINED IN PART AND STRICKEN IN PART AS SET
FORTH N236  View
Sep/07/2018 MOT/PET STAY TAX SALE (NO FEE)AND ORDER AS SET FORTH  View
Jul/06/2018 ORDER ORDER DEFTS PETITION FOR PROTECTIVE ORDER IS GRANTED AS SET FORTH
      View
Jul/06/2018 MOT/PET PROTECTIVE ORDERDEFT U LOCK INCS PETITION PURSUANT TO
PENNSYLVANIA RULE OF CIVIL PROCEDURE 4012A FOR A PROTECTIVE ORDER AND FOR A THIRTY
(30) DAY EXTENSION OF TIME TO RESPOND TO THE PLFFS DISCOVERY REQUESTS    View
Jul/06/2018 MOT/PET COMPEL     DISCOVERY RESPONSE TO DEFTS OBJECTIONS TO PLFFS
DISCOVERY REQUEST AND RESPONSE TO PLFFS MOTION FOR PROTECTIVE ORDER     View
Jul/02/2018 RESPONSE     TO DEFTS U LOCK INCS ANSWER TO PRELIMINARY OBJECTIONS View
Jun/13/2018 ANSWER PRELIMINARY OBJECTIONS DEFT U LOCK INCS ANSWER TO PRELIMINARY
OBJECTIONS BASED UPON FAILURE TO CONFORM TO RULE OF COURT AND FOR INCLUSION OF
SCANDALOUS AND IMPERTINENT MATTER AND INSUFFICIENT SPECIFICITY IN PLEADING     View
Jun/13/2018 BRIEF IN OPPOSITION TO PRELIMINARY OBJECTION     DEFT U LOCK INCS BRIEF
IN OPPOSITION TO PRELIMINARY OBJECTIONS BASED UPON FAILURE TO CONFORM TO RULE OF
COURT AND FOR INCLUSION OF SCANDALOUS AND IMPERTINENT MATTER AND INSUFFICIENT
SPECIFICITY IN PLEADING View

May/23/2018 CERTIFICATE OF SERVICE  OF SCHEDULING ORDER DATED MAY 17 2018     View
May/18/2018 SCHEDULING ORDER  FILING BRIEFS N236View
May/16/2018 OBJECTIONS  AND RESPONSES TO THE INTERROGATORIES REQUESTS FOR
ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS     View
May/14/2018 PRELIMINARY OBJECTIONS  BASED UPON FAILURE TO CONFORM TO RULE OF COURT
AND FOR INCLUSION OF SCANDALOUS AND IMPERTINENT MATTER AND INSUFFICIENT SPECIFICITY
IN PLEADING AND BRIEF IN SUPPORT     View
Apr/23/2018 NOTICE OF SERVICE OF INTERROGATORIES REQUEST FOR ADMISSIONS AND REQUEST
FOR PRODUCTION OF DOCUMENTS DIRECTED TO U LOCK INC     View
Apr/23/2018 OPPOSITION  TO PRELIMINARY OBJECTIONS     View
Apr/23/2018 AMENDED ANSWER AND NEW MATTER TO COMPLAINT IN CIVIL ACTION FOR
DECLATORY JUDGMENT AND EQUITABLE ACTION TO CONVEY TITLE TO QUIET TITLE AND FOR AN
ACCOUNTING  View
Apr/19/2018 CERTIFICATE OF SERVICE  OF SCHEDULING ORDER     View
Apr/12/2018 SCHEDULING ORDER  FILING BRIEF N236 View
Apr/04/2018 PRELIMINARY OBJECTIONS  PRELIMINARY OBJECTIONS BASED UPON FAILURE TO
CONFORM TO RULE OF COURT AND FOR INCLUSION OF SCANDALOUS AND IMPERTINENT MATTER AND
INSUFFICIENT SPECIFICITY IN PLEADING AND BRIEF IN SUPPORT     View
Mar/28/2018 PRAECIPE WITHDRAW PRELIMINARY OBJECTIONS  AND BRIEF IN SUPPORT     View
Mar/19/2018 ANSWER COMPLAINT  AND NEW MATTER TO COMPLAINT IN CIVIL ACTION FOR
DECLARATORY JUDGMENT AND EQUITABLE ACTION TO CONVEY TITLE TO QUIET TITLE AND FOR AN
ACCOUTING  View
Mar/16/2018 ORDER THAT THE DEFAULT JDGMT IN FAVOR OF PLFF AND AGAINST DEFT U LOCK
IS STRIKEN AS SET FORTH View
Mar/16/2018 MOT/PET STRIKE JUDGMENT (NO FEE)     MOTION TO STRIKE DEFAULT JUDGMENT
(NO FEE)     View
Mar/16/2018 SCHEDULING ORDER  SCHEDULING ORDER MARCH 15, 2018 FILING BRIEF AS SET
FORTH N236  View
Mar/12/2018 APPEARANCE ENTERED BY   JOHN A TUMOLO ESQ View
Mar/08/2018 JUDICIAL REASSIGNMENT FORM FROM     FROM JUDGE SCHERER TO JUDGE MARSILL
     View
Mar/06/2018 ORDER RECUSAL     ORDER RECUSAL THAT THE COURT ADMINISTRATORS OFFICE
SHALL REASSIGN THIS CASE TO JUDGE ANTHONY MARSILI AS SET FORTH N236     View
Mar/05/2018 ANSWER COMPLAINT  FOR DECLARATORY JUDGMENT AND EQUITABLE ACTION TO
CONVEY TITLE TO QUIET TITLE AND FOR AN ACCOUNTING     View
Mar/05/2018 APPEARANCE ENTERED BY   J ALLEN ROTH ESQ  View
Mar/05/2018 BRIEF IN SUPPORT OF PRELIMINARY OBJECTIONSBRIEF IN SUPPORT OF DEFT U
LOCK INCS PRELIMINARY OBJECTIONS TO THE COMPLAINT     View
Mar/05/2018 PRELIMINARY OBJECTIONS  DEFT U LOCK INCS PRELIMINARY OBJECTIONS TO THE
COMPLAINT  View
Mar/05/2018 *MOT/PET OPEN OR STRIKE JUDGMENT   *MOT/PET OPEN OR STRIKE JUDGMENT
     View
Mar/02/2018 APPEARANCE ENTERED BY   DENNIS D DEC COTTO ESQ  View
Feb/23/2018 *JUDGMENT EO DIE: JUDGMENT ENTERED/NOTICE SENT  *JUDGMENT EO DIE:
JUDGMENT ENTERED/NOTICE SENT  View
Feb/21/2018 PRAECIPE REINSTATE COMPLAINT EO DIE: COMPLAINT REINSTATED    PRAECIPE
REINSTATE COMPLAINT EO DIE: COMPLAINT REINSTATEDView
Feb/21/2018 RETURN SERVICE BY OF PROCESS BY PUBLICATION     View
Jan/19/2018 PRAECIPE REINSTATE COMPLAINT EO DIE: COMPLAINT REINSTATED    PRAECIPE
REINSTATE COMPLAINT EO DIE: COMPLAINT REINSTATEDView
Jan/12/2018 MOTION/PETITION   MOTION FOR SERVICE BY PUBLICATION PURSUANT TO RULE
430 AND ORDER THAT DEFT U LOCK INC MAY BE SERVED BY PUBLICATION IN ACCORDANCE WITH
PA PRCP RULE 430  View
Jan/12/2018 *PRAECIPE INDEX LIS PENDENS   *PRAECIPE INDEX LIS PENDENS

CERTIFICATE OF SERVICE

I mailed a copy of this notice of appeal to:

Bill E. Otto,
the attorney for Christine Biros
Box 701
Murrysville PA  15668

Allen Roth,
the attorney for U Lock storage
805 South Alexander Street
Latrobe PA  15650

Judge Harry Smail
judge of the court
2 N Main Street, Courtroom 2
Greensburg PA  15601

Prothonotary
2 N Main Street
Greensburg PA  15601

on June 1, 2022.

Miles Mycka