IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

CHRISTINE BIROS,

    Plaintiff,

v.

SHANNI SNYDER, GEORGE SNYDER, KASH SNYDER, and J. ALLEN ROTH,

    Defendants.

Civil Action No.: 2:23-cv-00297 RJC

**JURY TRIAL DEMANDED**

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFF CHRISTINE BIROS

TO THE CLERK, DISTRICT COURT:

    Kindly enter my appearance on behalf of Plaintiff, Christine Biros, in the above captioned matter and add my name to the service list to receive notices of all matters in this case.

Respectfully Submitted,

BERNSTEIN-BURKLEY, P.C.

Dated: February 24, 2023

BY:*/s/ Daniel McArdle Booker*
Daniel McArdle Booker Esquire
PA ID No. 320890
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-1900
Telephone: (412) 456-8122
Facsimile: (412) 456-8135
mbooker@bernsteinlaw.com

*Attorney for Plaintiff Christine Biros*