IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, | ) Civil No. 2:23-cv-297-RJC |
| Plaintiff, | ) |
| v. | ) |
| SHANNI SNYDER, et al, | ) |
| Defendant. | ) **JURY TRIAL DEMANDED** |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR MOVE TO DISMISS**

    I think I see what's going on here since reporters started ringing before this case even appeared on the public docket.

    Obviously to even figure out this RICO thing, I am going to need to see the RICO Case Statement required by Rule 7.1(B), which is due very soon. That will help clear up the bunkum in the lawsuit. I see Ms. Biros refer to "fraud" as a predicate act, but cite no statute, then they do list some statutes but not clear info to show the elements.

    Also because the lawsuit is 50 pages of flapdoodle, and because I am representing myself, I have to research all of these statutes to see the elements and go line by line since nothing is alleged with particularity. So I need 45 days AFTER the RICO case statement is filed to answer or move to dismiss.

    I thank this Court for its consideration and understanding in this dippy case.

Respectfully,

/s/ *George Snyder*
GEORGE SNYDER
BOX 15
IRWIN PA 15642
(412) 979-9999
snyder4judge@yahoo.com