IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, | ) Civil No. 2:23-cv-297-RJC |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SHANNI SNYDER, et al, | ) |
| | ) |
| Defendant. | ) **JURY TRIAL DEMANDED** |

## ORDER OF COURT

AND NOW, this ___ day of _____, upon consideration of the Motion for Extension of Time to file an answer or move to dismiss, it is hereby ORDERED, ADJUDGED, and DECREED that George Snyder may answer or move to dismiss within forty-five (45) days from the filing of the RICO Case Statement required by Local Rule 7.1(B).

_____
United States District Judge