IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | Civil No. 2:23-cv-297-RJC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNI SNYDER, et al, | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

**Certificate of Service**

I understand the Plaintiff will receive a copy of my document from the Court's electronic notification system.  So I just mailed a copy of the motion to Shanni Snyder at 14390 Route 30, Irwin PA  15642, one to J. Allen Roth at 805 S. Alexandria Street, Latrobe PA  15650 not the address listed in the lawsuit, and I am going to hand Kash Snyder a copy later today sometime.

*/s/ George Snyder*