AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00297-RJC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* George Snyder
was received by me on *(date)* Feb. 27, 2023.

☒ I personally served the summons on the individual at *(place)* 150 Leger Road North Huntingdon, PA 15642 on *(date)* Feb. 27, 2023; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/1/23

Server's signature

Alex Gillespie
Printed name and title

PO Box 12714, Pgh, PA 15241
Server's address

Additional information regarding attempted service, etc: