Civil Action No.

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* & COMPLAINT   SHANNE SNYDER

was received by me on *(date)* March 19, 2023 .

☒ I personally served the summons on the individual at *(place)* Highland Terrace Motel, 14390 Lincoln Highway, Rt. 30E, Westmoreland Co., North Huntington Twp., PA 15642  on *(date)* March 10, 2023  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 10, 2023

*Server's signature*

William N. Leiber, PA State Constable
*Printed name and title*

P.O. Box 8736, Pittsburgh, PA 15221-0736
(412) 298-4090   PA Cert.# W000373
*Server's address*

Additional information regarding attempted service, etc: