IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, | ) 2:23-cv-00297 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SHANNI SNYDER, et al, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

Defendant Shanni Snyder hereby appears in this action *in pro per*. The correct and only address for service of documents pursuant to F.R.Cv.P. 5. is that listed below. Service of documents to other addresses, including addresses of third-parties maliciously included to vex, which are not valid mailing addresses for the Defendant, will not result in notice or delivery and do not constitute valid service.

Respectfully submitted,

_____/s/ Shanni Snyder_____
Shanni Snyder
14390 Route 30
N. Huntingdon PA  15642
shannis@pm.me

DEFENDANT