IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:23-cv-000297-RJC |
| | ) |
| SHANNI SNYDER et al., | ) |
| | ) |
| Defendants. | ) |

**REQUEST OF PLAINTIFF, CHRISTINE BIROS, FOR ENTRY OF DEFAULT AGAINST DEFENDANT KASH SNYDER PURSUANT TO FED. R. CIV. P. 55**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA:

Plaintiff, Christine Biros, respectfully requests that this Court enter a default against Defendant Kash Snyder pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. In support of that request, Biros states as follows:

1. Rule 55(a) governs the entry of default and provides that, when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the Clerk must enter the party's default.

2. Kash Snyder has been served with a summons and the complaint in this action.

3. The time following service of a summons and complaint in which Kash Snyder is required, pursuant to Rule 12 of the Federal Rules of Civil Procedure, to answer or otherwise respond to that complaint has lapsed.

4. Kash Snyder has failed to plead or otherwise defend against the claims that Biros has pleaded against him.

5. Kash Snyder's failure is set forth in the Affidavit attached hereto as Exhibit "A."

WHEREFORE Christine Biros respectfully requests that the Clerk enter default against Defendant Kash Snyder.

    Respectfully submitted,
    BERNSTEIN-BURKLEY, P.C.


    By: */s/ Stuart C. Gaul, Jr.*
    Kirk B. Burkley, Esq.
    (PA. I.D. #89511)
    Stuart C. Gaul, Jr., Esq.
    (PA. I.D. #74529)
    Daniel McArdle Booker Esq.
    (PA. I.D. #320890)
    601 Grant Street, 9th Floor
    Pittsburgh, PA  15219
    Telephone: (412) 456-8100
    Facsimile:  (412) 456-8135
    kburkley@bernsteinlaw.com
    sgaul@bernsteinlaw.com
    mbooker@bernsteinlaw.com

*Attorneys for Plaintiff, Christine Biros*

## CERTIFICATE OF SERVICE

I certify that, on this 22nd day of March, 2023, I served the foregoing Request of Plaintiff, Christine Biros, for Entry of Default Against Defendant Kash Snyder Pursuant to Fed. R. Civ. P. 55 on Defendants Shanni Snyder and George Snyder by means of this Court's ECF System and served the parties identified below via U.S. First Class Mail, postage prepaid:

Kash Snyder
670 Lime Street
Irwin, PA 15642

J. Allen Roth
757 Lloyd Avenue, Suite B
Latrobe, PA 15650

*/s/ Stuart C. Gaul, Jr.*