IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | Civil 2:23-00297 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SHANNI SNYDER, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

J. Allen Roth, Esq., appears on behalf of Defendant J. Allen Roth.

Respectfully submitted,

*/s/ J. Allen Roth*

_____

J. Allen Roth (PA 30347)
805 S. Alexandria Street
Latrobe, PA  15650
(724) 537-0939

ATTORNEY FOR DEFENDANT