IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | Civil 2:23-00297 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SHANNI SNYDER, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this ____ day of _____, 2023, upon consideration of the Motion for Extension of Time to Respond, and upon consideration that the RICO case statement was not filed until March 13, 2023, and the Court already extended the time until April 27, 2023, for one defendant, it is ORDERED, ADJUDGED, and DECREED that the time to respond for all defendants is set for April 27, 2023.

By the Court:

_____
United States District Judge