IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | Civil 2:23-00297 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SHANNI SNYDER, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBITS IN SUPPORT OF OPPOSITION TO DEFAULT REQUEST AND IN SUPPORT OF EXTENSION OF TIME**

EXHIBIT A  – Memorandum Opinion January 17, 2023 Bankruptcy Court

EXHIBIT B  –  Show Cause December 16, 2022  Bankruptcy Court