IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | |
| Plaintiff | ) | 2:23 cv 00297 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNI SNYDER and others, | ) | |
| Defendants. | ) | |

NOTICE OF APPEARANCE

I Kash Snyder appear in this case.

/s/ Kash Snyder
Kash Snyder
PO Box 111
Irwin PA  15642