IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | |
| Plaintiff | ) | 2:23 cv 00297 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNI SNYDER and others, | ) | |
| Defendants. | ) | |

**MOTION TO SET ASIDE DEFAULT**

I move the Court to set aside default. I was having trouble getting ECF access. As Attorney Roth explained in his motion citing law, the RICO case statement was not even filed until mid-March and that forms part of the Complaint, so how was I supposed to move to dismiss? So I request it be set aside so I can respond appropriately.

/s/ Kash Snyder
Kash Snyder
PO Box 111
Irwin PA  15642