IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, )  |   |
|       Plaintiff )  | 2:23 cv 00297 |
| )  |   |
| v. )  |   |
| )  |   |
| SHANNI SNYDER and others, )  |   |
|       Defendants. )  |   |

**ORDER**

AND NOW this _____ day of _____, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that the default is set aside.

_____
United States District Judge