IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, ) | |
| Plaintiff ) | 2:23 cv 00297 |
| ) | |
| v. ) | |
| ) | |
| SHANNI SNYDER and others, ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER**

    I move the Court for an extension of time until April 27 2023 to answer or move to dismiss the Complaint. This is the time granted to Defendant George Snyder. The RICO case statement, which forms part of the complaint, was not filed until mid March and, unfortunately, it does not clarify much.

    */s/ Kash Snyder*
    Kash Snyder
    PO Box 111
    Irwin PA  15642