IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, | ) |
|     Plaintiff | )   2:23 cv 00297 |
| | ) |
| v. | ) |
| | ) |
| SHANNI SNYDER and others, | ) |
|     Defendants. | ) |

## ORDER

AND NOW this \_\_\_\_ day of _____, 2023, upon consideration of the motion for extension, the time for Kash Snyder to respond to the Complaint is April 27, 2023.

_____
U.S. District Judge