IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, | ) 2:23-cv-00297 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SHANNI SNYDER, et al, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME**

Defendant Shanni Snyder hereby moves this Court for an extension of time to answer or otherwise move to dismiss the Complaint in this matter until May 1, 2023.  Shanni Snyder received the Complaint later than the other defendants because counsel for the Plaintiff deliberately chose to ignore the service address that existed for the service of legal pleadings through over a year of litigation.  Instead, counsel for Plaintiff sought media attention by listing the address of her fiancee, who has no knowledge of the events in this lawsuit, but who happens to be an elected official.  In addition, counsel for Plaintiff listed an address that Snyder does not utilize for correspondence resulting in a delay before service was made at the proper address for receipt of legal documents.

Respectfully submitted,

_____/s/  Shanni Snyder_____
Shanni Snyder
14390 Route 30
N. Huntingdon PA  15642
shannis@pm.me

DEFENDANT