## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | 2:23-cv-00297 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNI SNYDER, et al, | ) | |
| | ) | |
| Defendant. | ) | |

### <u>ORDER</u>

AND NOW, this _____ day of April, 2023, upon consideration of the motion for extension of time, the period for Shanni Snyder to answer or otherwise move this Court is extended until May 1, 2023.

_____
United States District Judge