IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | |
|     Plaintiff | ) | 2:23 cv 00297 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNI SNYDER et al, | ) | |
|     Defendants. | ) | |

### MOTION PURSUANT TO FED. R. CIV. P. 12 TO DISMISS, FOR JUDGMENT ON THE PLEADINGS, OR, TO STRIKE

AND NOW COMES Defendant J. Allen Roth, Esq., and files this, his Motion Pursuant to Federal Rule of Civil Procedure 12 to Dismiss, for Judgment on the Pleadings, or to Strike:

1. The accompanying Brief in Support is incorporated by reference and restated as if fully set forth again.

2. Pursuant to Rule 12(b), the undersigned moves to dismiss for failure to state a claim, pursuant to Rule 12(c) for judgment on the pleadings as to the statute of limitations, and Rule 12(g) to strike immaterial, impertinent, and scandalous material.

WHEREFORE, Defendant J. Allen Roth, Esq., respectfully requests that this Court dismiss this action, grant judgment on the pleadings, or strike immaterial, impertinent, and scandalous material as moreso set forth in the brief.

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*
J. Allen Roth, Esq. (PA 30347)
805 S. Alexandria Street
Latrobe PA  15650
lawmatters@yahoo.com
(724) 537-0939

COUNSEL FOR DEFENDANT
J. ALLEN ROTH