IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | |
|     Plaintiff | ) | 2:23 cv 00297 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNI SNYDER et al, | ) | |
|     Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2023, for the reasons stated in the Brief in Support of the Motion to Dismiss filed by J. Allen Roth, this action is DISMISSED with prejudice.

_____
United States District Judge