UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                          .     Case No. 22-20823-GLT
                                .
                                .
U LOCK INC,                     .     5414 U.S. Steel Tower
                                .     600 Grant Street
                                .     Pittsburgh, PA 15219
           Debtor.              .
                                .     April 13, 2023
. . . . . . . . . . . . ..            1:30 p.m.

    TRANSCRIPT OF #294 CONTINUED ORDER TO SHOW CAUSE SIGNED
    ON 1/17/2023. (RE: RELATED DOCUMENT(S): 258 APPLICATION
  FOR ADMINISTRATIVE EXPENSES; #278 CONTINUED AMENDED ORDER
 TO SHOW CAUSE SIGNED ON 1/6/2023. (RE: RELATED DOCUMENTS(S):
  249 ORDER SCHEDULING HEARING); #345 CONSENT MOTION TO
 APPROVE COMPROMISE UNDER RULE 9019; #340 OBJECTION TO CLAIM
 OF SHANNI SNYDER; AT CLAIM NUMBER 1; #337 OBJECTION TO CLAIM
   OF GEORGE SNYDER; AT CLAIM NUMBER 5; #344 AMENDED
     APPLICATION FOR ADMINISTRATIVE EXPENSES PURSUANT TO
 11 U.S.C. 503(b)(1) AND/OR FOR PAYMENT OF ADEQUATE PROTECTION

            BEFORE HONORABLE GREGORY L. TADDONIO
            UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:         Law Office of J. Allen Roth
                        By:  J. ALLEN ROTH, ESQ.
                        805 S. Alexandria Street
                        Latrobe, PA 15650

For George Snyder:      By: GEORGE SNYDER, PRO SE
                        Box 15
                        Irwin, PA 15642


ECRO:                   Hayley Smith


 Proceedings recorded by electronic sound recording, transcript
              produced by transcription service.

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@jjcourt.com**

**(609) 586-2311      Fax No. (609) 587-3599**

APPEARANCES (Cont'd):

For Christine Biros:          Bernstein-Burkley, P.C.
                              By:  ROBERT S. BERNSTEIN, ESQ.
                                   MARK LINDSAY, ESQ.
                              601 Grant Street, 9th Floor
                              Pittsburgh, PA 15219

For Christine Biros,          The Law Firm of William E. Otto
Lead Counsel in the           By:  WILLIAM E. OTTO, ESQ.
State Court Action:           4027 Old William Penn Highway
                              P.O. Box 701
                              Murrysville, PA 15668

TELEPHONIC APPEARANCES:

Chapter 7 Trustee:            Mahady & Mahady
                              By:  ROBERT H. SLONE, ESQ.
                              223 South Maple Avenue
                              Greensburg, PA 15601

For Shanni Snyder:            The Lynch Law Group LLC
                              By:  JOHN PATRICK LACHER, ESQ.
                              501 Smith Drive, Suite 3
                              Cranberry Twp, PA 16066


                         -  -  -


**WWW.JJCOURT.COM**

50

1            MR. BERNSTEIN:  Other than the assertions in our

2     amended motion that explain the various values and methods of

3     computation, I have nothing -- nothing further to add today.

4            THE COURT:  Okay.  Thank you.  All right, well, I'm

5     not finding anything that dissuades me from the original

6     finding that there was a Rule 9011 issue with respect to the

7     original motion and that the $144,000 was unreasonable.

8     Certainly, appreciate the efforts to try to resolve this

9     through the amended motion.  I thought that was certainly well

10    crafted and well thought out and it doesn't go unnoticed from

11    the Court, the time and effort that went into that.  But, it

12    still leaves me with the factor that the original claim of

13    $144,000 was settled for 12.5 percent of that, which seems to

14    indicate again to me that the original amount was patently

15    unreasonably.

16            In terms of where we go from here, I am considerate

17    of the fact that Mr. Bernstein has indicated that Ms. Biros

18    followed the advice of counsel and, as a result, with taking

19    that advice, she is not blame worthy at this point with respect

20    to sanctions.  And, with respect to counsel, I do find that

21    this is a first offense and that the prior memorandum opinion

22    is a sufficient admonishment with respect to where we are with

23    respect to this matter, so I will conclude it there with that.

24            MR. BERNSTEIN:  Thank you, Your Honor.

25            THE COURT:  Going forward, we have the order to show

1 cause that was issued with respect to the stay violations.  I

2 had just continued this as a placeholder in the event that

3 there was anything else that had any bearing on those motions.

4 They were submitted, but to the extent that there was

5 additional discussion that had an impact on the Court's

6 findings or conclusions, I wanted to have the option open.

7          I'm not hearing anything today that would suggest

8 that I need to add new considerations to the mix, but before I

9 do close the door on that, I open it up one last time to the

10 parties if there's anything else they wish to address on any

11 other matters here?

12          MR. BERNSTEIN:  Nothing further from Ms. Biros, Your

13 Honor.

14          THE COURT:  All right, thank you.  Mr. Snyder?

15          MR. SNYDER:  Nothing further, Your Honor.

16          THE COURT:  All right.  Mr. Lacher?

17          MR. LACHER:  Nothing further, Your Honor.  Thank you.

18          THE COURT:  All right, thank you.  All right.  Well,

19 then that concludes the matters that are presently set before

20 the Court at this time.  I will enter an order just to recap

21 sustaining the objection to the claim of George Snyder.  I will

22 issue a scheduling order on the claim of Shanni Snyder.  I will

23 consider what I do with respect to the 9019 motion, and if it's

24 granted, the application for administrative expenses at 344

25 will be denied as moot.  If it's continued, then that motion at

52

1  344 will be continued and heard at the same time, and I have

2  addressed the show cause orders in the latter two with respect

3  to the stay motions are under advisement with the other show

4  cause having been resolved on the record for the reasons stated

5  here today.  And, with that, we will call it a day.

6           MR. BERNSTEIN:  Thank you, Your --

7           THE COURT:  The Court will now stand adjourned and we

8  will close the record.  Thank you, everyone.

9           MR. BERNSTEIN:  Thank you, Your Honor.

10          UNIDENTIFIED ATTORNEY:  Thank you.

11          UNIDENTIFIED ATTORNEY:  Thank you, Your Honor.

12          UNIDENTIFIED ATTORNEY:  Thanks, Your Honor.

13                          * * * * *

14                  **C E R T I F I C A T I O N**

15          I, WENDY ANTOSIEWICZ, court approved transcriber,

16  certify that the foregoing is a correct transcript from the

17  official electronic sound recording of the proceedings in the

18  above-entitled matter and to the best of my ability.

19

20  /s/ Wendy Antosiewicz

21  WENDY ANTOSIEIWICZ

22  J&J COURT TRANSCRIBERS, INC.   DATE:  April 24, 2023

23

24

25