IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:23-cv-000297-RJC |
| | ) |
| SHANNI SNYDER et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this ___ day of May, 2023, IT IS HEREBY ORDERED that the Motion of Plaintiff Christine Biros for Leave to File Consolidated Response to Motions to Dismiss and to Extend Period for Filing of Response is GRANTED and that Plaintiff Christine Biros may file a single, consolidated response to the pending motions to dismiss her complaint of Defendants J. Allen Roth, Kash Snyder, George Snyder, and Shanni Snyder [Doc. Nos. 32, 34, 35, & 36] on or before June 6, 2023.

_____