IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, ) | |
| Plaintiff ) | 2:23 cv 00297 |
| ) | |
| v. ) | |
| ) | |
| SHANNI SNYDER et al, ) | |
| Defendants. ) | |

**MOTION TO EXTEND TIME TO FILE REPLY**

AND NOW COMES Defendant J. Allen Roth, Esq., and files this, his Motion to Extend Time to Reply until July 5, 2023:

1. Plaintiff filed a response to the motion to dismiss.

2. The response does not necessarily correlate to the issues raised in the motions to dismiss.

3. A reply is necessary for this Court to be fully informed.

4. However, due to the obligations in other cases, medical issues, and related litigation, an extension is necessary.

5. Defendant requests until July 5, 2023, to file the reply.

WHEREFORE, Defendant J. Allen Roth, Esq., respectfully requests that this Court allow until July 5, 2023, to file a reply to the response to the motion to dismiss.

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*
J. Allen Roth, Esq. (PA 30347)
805 S. Alexandria Street
Latrobe PA  15650
lawmatters@yahoo.com
(724) 537-0939

COUNSEL FOR DEFENDANT
J. ALLEN ROTH