IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, ) | |
|     Plaintiff ) | 2:23 cv 00297 |
| ) | |
| v. ) | |
| ) | |
| SHANNI SNYDER et al, ) | |
|     Defendants. ) | |

**<u>ORDER</u>**

AND NOW this ___ day of June, 2023, upon consideration of the Motion for Extension of Time to Reply, it is hereby ORDERED, ADJUDGED, and DECREE that any Reply shall be filed by July 5, 2023.

_____
United States District Judge