IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, <br>     Plaintiff <br><br> v. <br><br> SHANNI SNYDER et al, <br>     Defendants. | ) <br> )    2:23 cv 00297 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO DISMISS AMENDED COMPLAINT, MOTION FOR JUDGMENT ON THE PLEADINGS, AND MOTION TO STRIKE REDUNDANT, IMMATERIAL, IMPERTINENT, OR SCANDALOUS MATERIAL**

AND NOW COMES the Defendant, J. Allen Roth, Esq., who moves this Court pursuant to Federal Rule of Civil Procedure 12 to dismiss the Amended Complaint, for judgment on the pleadings, and/or to strike redundant, immaterial, impertinent, or scandalous material.

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*
J. Allen Roth, Esq. (PA 30347)
805 S. Alexandria Street
Latrobe PA  15650
lawmatters@yahoo.com
(724) 537-0939

COUNSEL FOR DEFENDANT
J. ALLEN ROTH