IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | |
| Plaintiff | ) | 2:23 cv 00297 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNI SNYDER et al, | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that the Amended Complaint is hereby DISMISSED WITH PREJUDICE for the reasons set forth in the brief filed by Defendant J. Allen Roth, Esq.

By the Court:

_____
U.S. District Judge