## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-21983 |
| SHANNI SUE SNYDER,<br>　　　　　Debtor. | Chapter 7 |
| CHRISTINE BIROS,<br>　　　　　Movant, | |
| v. | Related Doc. Nos. 72, 104, 107 |
| SHANNI SUE SNYDER, CHARLES O.<br>ZEBLEY, as Trustee to the Debtor,<br>　　　　　Respondents. | |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, to wit, this 14th day of February, 2023, upon due consideration of the

foregoing *Expedited Motion For Relief From the Automatic Stay* (hereinafter, the "Motion")[1],

filed by Christine Biros, it is hereby ORDERED, ADJUDGED and DECREED:

1) The Motion is GRANTED; and

2) *The Trustee consents to granting* Christine Biros relief from the automatic stay *(to the extent there is an automatic stay in effect) in this case, including but not limited to,* (a) seek*ing* to vacate the Judgment and (b) objec*ting* to Debtor's claim in the U-Lock Bankruptcy Case.***

Prepared By:

By: /s/ Kirk B. Burkley
Kirk B. Burkley, Esq., PA I.D. #89511
kburkley@bernsteinlaw.com
BERNSTEIN-BURKLEY, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8108
Fax: (412) 456-8135
*Counsel for Christine Biros*

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Consented to By:

By: /s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr., Esq.
PA I.D. #28980
COZ@Zeblaw.com
ZEBLEY MEHALOV & WHITE, P.C.
P.O. Box 2124
Uniontown, PA 15401
Phone (724) 439-9200
*Chapter 7 Trustee*

**Dated: February 14, 2023**

**BY THE COURT:**

**Honorable Carlota Böhm**
**United States Bankruptcy Judge**

\*\*\* The objections of Shanni Snyder to the form of this Order are overruled as stated on the record at the hearing held on this date. The evidentiary hearing on February 22, 2023, is CANCELLED.

**COPY MAILED TO:**
Shanni Snyder
14390 US Rt 30
Unit H
North Huntingdon, PA 15642

FILED
2/14/23 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA