## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | |
| | ) | No. 2:23-cv-00297-RJC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNI SNYDER, GEORGE | ) | |
| SNYDER, KASH SNYDER, and J. | ) | |
| ALLEN ROTH, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEAL

Plaintiff Christine Biros hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment Order entered on March 31, 2025 at Document No. 71 and the Order of Court entered that same date at Document No. 70.

BERNSTEIN-BURKLEY, P.C.

By: */s/ Stuart C. Gaul, Jr*
Kirk B. Burkley, Esq. (PA. I.D. #89511)
Stuart C. Gaul, Jr., Esq. (PA. I.D. #74529)
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Telephone: (412) 456-8100
Facsimile: (412) 456-8135

*Attorneys for Plaintiff, Christine Biros*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of April, 2025, a true and correct copy of this Notice of Appeal of Plaintiff Christine Biros was served on all parties via this Court's CM/ECF notification system.

*/s/ Stuart C. Gaul, Jr.*